**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DANIEL GRAND, | ) | CASE NO. 1:22-cv-01594 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ANSWER ON BEHALF OF DEFENDANT** |
| v. | ) | **JEFFREY PORTER TO PLAINTIFF'S** |
| | ) | **COMPLAINT** |
| CITY OF UNIVERSITY HEIGHTS, | ) | |
| OHIO, et al., | ) | ***(Jury Demand Endorsed Hereon)*** |
| | ) | |
| Defendants. | ) | |

Defendant, Jeffrey Porter, for his answer to the Complaint of Plaintiff, Daniel Grand, hereby states as follows:

FIRST DEFENSE

1. Plaintiffs' Complaint fails to state a claim against this Defendant upon which relief can be granted.

SECOND DEFENSE

2. Plaintiff's claims infringe upon Defendant Porter's right to reasonable use of his property and his right to protect his home and possessions.

THIRD DEFENSE

3. Plaintiff's claims as to Defendant Porter are frivolous.

FOURTH DEFENSE

4. The actions of others not under the control of Defendant Porter were the sole and proximate cause of any alleged injury or damage to Plaintiff.

FIFTH DEFENSE

5. Plaintiff consented to the alleged surveillance by Defendant Porter since the subject security cameras recorded only public and not private affairs.

SIXTH DEFENSE

6. This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraphs 1-9, 13-89, 93, 95-129, 131-191, 193-265 of Plaintiffs' Complaint and therefore denies the same.

7. This answering Defendant admits the allegations set forth in paragraphs 10-12 of Plaintiffs' Complaint.

8. This answering Defendant denies, separately and severally, the allegations set forth in paragraphs 90, 91, 92, 94, 130, 192, 266, 267, 268, 269, 270, 271, 272, 273, 274, 275 and 276 of Plaintiffs' Complaint.

9. In response to paragraph 277 of Plaintiff's Complaint, this answering Defendant incorporates by reference his answers and responses to paragraphs 1-276 as if fully rewritten herein.

10. This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 278 of Plaintiffs' Complaint and therefore denies the same.

11. In response to paragraph 279 of Plaintiff's Complaint, this answering Defendant incorporates by reference his answers and responses to paragraphs 1-278 as if fully rewritten herein.

12. This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 280 of Plaintiffs' Complaint and therefore denies the same.

13. In response to paragraph 281 of Plaintiff's Complaint, this answering Defendant incorporates by reference his answers and responses to paragraphs 1-280 as if fully rewritten herein.

14. This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 282 of Plaintiffs' Complaint and therefore denies the same.

15. In response to paragraph 283 of Plaintiff's Complaint, this answering Defendant incorporates by reference his answers and responses to paragraphs 1-282 as if fully rewritten herein.

16. This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 284 of Plaintiffs' Complaint and therefore denies the same.

17. In response to paragraph 285 of Plaintiff's Complaint, this answering Defendant incorporates by reference his answers and responses to paragraphs 1-284 as if fully rewritten herein.

18. This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 286 of Plaintiffs' Complaint and therefore denies the same.

19. In response to paragraph 287 of Plaintiff's Complaint, this answering Defendant incorporates by reference his answers and responses to paragraphs 1-286 as if fully rewritten herein.

20. This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 288 of Plaintiffs' Complaint and therefore denies the same.

21. In response to paragraph 289 of Plaintiff's Complaint, this answering Defendant incorporates by reference his answers and responses to paragraphs 1-288 as if fully rewritten herein.

22. This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 290 of Plaintiffs' Complaint and therefore denies the same.

23. In response to paragraph 291 of Plaintiff's Complaint, this answering Defendant incorporates by reference his answers and responses to paragraphs 1-290 as if fully rewritten herein.

24. This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 292 of Plaintiffs' Complaint and therefore denies the same.

25. In response to paragraph 293 of Plaintiff's Complaint, this answering Defendant incorporates by reference his answers and responses to paragraphs 1-292 as if fully rewritten herein.

26. This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 294 of Plaintiffs' Complaint and therefore denies the same.

27. In response to paragraph 295 of Plaintiff's Complaint, this answering Defendant incorporates by reference his answers and responses to paragraphs 1-294 as if fully rewritten herein.

28. This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 296 of Plaintiffs' Complaint and therefore denies the same.

29. In response to paragraph 297 of Plaintiff's Complaint, this answering Defendant incorporates by reference his answers and responses to paragraphs 1-296 as if fully rewritten herein.

30. This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 298 of Plaintiffs' Complaint and therefore denies the same.

31. In response to paragraph 299 of Plaintiff's Complaint, this answering Defendant incorporates by reference his answers and responses to paragraphs 1-298 as if fully rewritten herein.

32. This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 300 of Plaintiffs' Complaint and therefore denies the same.

33. In response to paragraph 301 of Plaintiff's Complaint, this answering Defendant incorporates by reference his answers and responses to paragraphs 1-300 as if fully rewritten herein.

34. This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 302 of Plaintiffs' Complaint and therefore denies the same.

35. In response to paragraph 303 of Plaintiff's Complaint, this answering Defendant incorporates by reference his answers and responses to paragraphs 1-302 as if fully rewritten herein.

36. This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 304 of Plaintiffs' Complaint and therefore denies the same.

37. In response to paragraph 305 of Plaintiff's Complaint, this answering Defendant incorporates by reference his answers and responses to paragraphs 1-304 as if fully rewritten herein.

38. This answering Defendant denies separately and severally the allegations set forth in paragraph 306 of Plaintiff's Complaint.

39. In response to paragraph 307 of Plaintiff's Complaint, this answering Defendant incorporates by reference his answers and responses to paragraphs 1-306 as if fully rewritten herein.

40. This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 308 of Plaintiffs' Complaint and therefore denies the same.

41. In response to paragraph 309 of Plaintiff's Complaint, this answering Defendant incorporates by reference his answers and responses to paragraphs 1-308 as if fully rewritten herein.

42. This answering Defendant denies separately and severally the allegations set forth in paragraph 310 of Plaintiff's Complaint.

43. This answering Defendant denies each and every other allegation set forth in Plaintiff's Complaint not specifically admitted to be true.

SEVENTH DEFENSE

44. Defendant Porter reserves the right to supplement his affirmative defenses as they may become known, available, or viable throughout the course of this litigation.

Respectfully submitted,

*s/ Cari Fusco Evans*

Cari Fusco Evans, Esq. (#0061864)
Fischer, Evans & Robbins, Ltd.
3521 Whipple Avenue N.W.
Canton, Ohio 44718
Telephone: (330) 244-0997
Facsimile: (330) 244-8966
E-mail: cfevans@fer-law.net
Counsel for Defendant Jeffrey Porter

**JURY DEMAND**

A trial by jury is hereby requested by Defendant Jeffrey Porter as to all issues herein.

*s/ Cari Fusco Evans*

Cari Fusco Evans

**PROOF OF SERVICE**

I hereby certify that on November 8, 2022, a copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Parties may access this filing through the Court's system.

*s/ Cari Fusco Evans*
Cari Fusco Evans

S:\4137\2923\pleadings\ans.doc[11/8/22:tt]