UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL GRAND, | ) | CASE NO.: 1:22-CV-01594 |
| | ) | |
| Plaintiff, | ) | JUDGE: BRIDGET MEEHAN BRENNAN |
| | ) | |
| vs. | ) | **ANSWER OF DEFENDANTS CITY OF** |
| | ) | **UNIVERSITY HEIGHTS, OHIO AND** |
| CITY OF UNIVERSITY HEIGHTS, | ) | **MAYOR MICHAEL DYLAN BRENNAN** |
| OHIO, et al., | ) | **TO PLAINTIFF'S COMPLAINT** |
| | ) | |
| Defendants | ) | *(Jury Demand Endorsed Hereon)* |

Now come Defendants City of University Heights, Ohio, and Michael Dylan Brennan, by and through counsel Mazanec, Raskin & Ryder Co., L.P.A., and for their answer to Plaintiff's Complaint state as follows:

**FIRST DEFENSE**

1. Answering Paragraph 1 of Plaintiff's Complaint, Defendants admit Plaintiff by and through the Complaint attempts to sue for purported violations of his civil rights. Further answering said Paragraph, Defendants deny the validity of those claims and further deny any remaining allegations contained therein.

2. These Defendants deny or deny for want of information all allegations contained in Paragraph 2 of Plaintiff's Complaint.

3. These Defendants deny or deny for want of information all allegations contained in Paragraph 3 of Plaintiff's Complaint.

4. These Defendants deny or deny for want of information all allegations contained in Paragraph 4 of Plaintiff's Complaint.

5. Answering Paragraph 5 of Plaintiff's Complaint, Defendants admit Plaintiff by and through the Complaint attempts to sue for purported violations of his rights. Further answering

said Paragraph, Defendants deny the validity of those claims and further deny any remaining allegations contained therein.

6. Answering Paragraph 6 of Plaintiff's Complaint, Defendants admit that Plaintiff by and through the Complaint attempts to challenge purported discriminatory actions and seeks relief. Further answering said Paragraph, Defendants deny the validity of those claims and further deny any remaining allegations contained therein.

7. In reply to the allegations contained in Paragraph 7 of Plaintiff's Complaint, these Defendants admit that this Court has subject matter jurisdiction pursuant to 42 USCA Secs. 1331 and 1367(a) but deny all liability and deny or deny for want of information all other allegations contained in said Paragraph 7.

8. In reply to the allegations contained in Paragraph 8 of Plaintiff's Complaint, these Defendants admit that venue in this Court is proper pursuant to 28 USCA Sec. 1391(b) but deny all liability and deny or deny for want of information all other allegations contained in said Paragraph 8.

9. These Defendants deny or deny for want of information all allegations contained in Paragraph 9 of Plaintiff's Complaint.

10. In reply to the allegations contained in Paragraph 10 of Plaintiff's Complaint, these Defendants admit that Defendant University Heights (hereinafter the "City) is an Ohio municipal corporation with a municipal charter having its principal place of business in Cuyahoga County, Ohio at 2300 Warrensville Center Road, University Heights, Ohio 44118, but deny all liability and deny or deny for want of information all other allegations contained in said Paragraph 10.

11. In reply to the allegations contained in Paragraph 11 of Plaintiff's Complaint, these Defendants admit that Defendant Brennan (hereinafter "Mayor Brennan") is an adult

citizen of the State of Ohio and at all relevant times to this action was the mayor of the City but deny all liability and deny or deny for want of information all other allegations contained in said Paragraph 11.

12. These Defendants deny or deny for want of information all allegations contained in Paragraph 12 of Plaintiff's Complaint.

13. These Defendants deny or deny for want of information all allegations contained in Paragraph 13 of Plaintiff's Complaint.

14. These Defendants deny or deny for want of information all allegations contained in Paragraph 14 of Plaintiff's Complaint.

15. These Defendants deny or deny for want of information all allegations contained in Paragraph 15 of Plaintiff's Complaint.

16. These Defendants deny or deny for want of information all allegations contained in Paragraph 16 of Plaintiff's Complaint.

17. These Defendants deny or deny for want of information all allegations contained in Paragraph 17 of Plaintiff's Complaint.

18. These Defendants deny or deny for want of information all allegations contained in Paragraph 18 of Plaintiff's Complaint.

19. These Defendants deny or deny for want of information all allegations contained in Paragraph 19 of Plaintiff's Complaint.

20. Answering Paragraph 20 of Plaintiff's Complaint, Defendants admit that a call was made to Plaintiff but these Defendants deny or deny for want of information the remaining allegations contained in said Paragraph 20.

21. Answering Paragraph 21 of Plaintiff's Complaint, these Defendants admit the allegations contained therein.

22. These Defendants deny or deny for want of information all allegations contained in Paragraph 22 of Plaintiff's Complaint. Further answering, Plaintiff initially sought to operate a synagogue/shul/house of worship out of his home, as he incorporated and named the shul before he intended to open it, advertised it on a website, sent letters to neighbors urging them to bring friends and distributed it on social media, applied for a special use permit and Plaintiff's rabbi indicated in public statements that the congregation could grow.

23. These Defendants deny or deny for want of information all allegations contained in Paragraph 23 of Plaintiff's Complaint.

24. These Defendants deny or deny for want of information all allegations contained in Paragraph 24 of Plaintiff's Complaint.

25. These Defendants deny or deny for want of information all allegations contained in Paragraph 25 of Plaintiff's Complaint. Further answering these allegations, even if accurate these statements are taken out of context and therefore denied.

26. These Defendants deny or deny for want of information all allegations contained in Paragraph 26 of Plaintiff's Complaint. Further answering these allegations, even if accurate these statements are taken out of context and therefore denied.

27. These Defendants deny or deny for want of information all allegations contained in Paragraph 27 of Plaintiff's Complaint.

28. These Defendants deny or deny for want of information all allegations contained in Paragraph 28 of Plaintiff's Complaint.

29. These Defendants deny or deny for want of information all allegations contained in Paragraph 29 of Plaintiff's Complaint.

30. In reply to the allegations contained in Paragraph 30 of Plaintiff's Complaint, these Defendants admit that a cease and desist order was sent. Further answering, the letter speaks for itself and deny the allegations of said Paragraph 30 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 30.

31. In reply to the allegations contained in Paragraph 31 of Plaintiff's Complaint, these Defendants admit that a cease and desist order was sent. Further answering, the letter speaks for itself and deny the allegations of said Paragraph 31 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 31.

32. These Defendants deny or deny for want of information all allegations contained in Paragraph 32 of Plaintiff's Complaint.

33. These Defendants deny or deny for want of information all allegations contained in Paragraph 33 of Plaintiff's Complaint.

34. These Defendants deny all allegations contained in Paragraph 34 of Plaintiff's Complaint.

35. In reply to the allegations contained in Paragraph 35 of Plaintiff's Complaint, these Defendants admit that Plaintiff emailed the city clerk. Further answering, that email speaks for itself and deny the allegations of said Paragraph 35 to the extent they depart from said language and further deny or deny for want of information all other allegations.

36. In reply to the allegations contained in Paragraph 36 of Plaintiff's Complaint, these Defendants admit that Plaintiff submitted an application to the planning commission and a hearing was set for March 4, 2021. Further answering, that application speaks for itself and deny the allegations of said Paragraph 36 to the extent they depart from said language and further deny or deny for want of information all other allegations.

37. In reply to the allegations contained in Paragraph 37, Defendants admit that there was a meeting on March 4, 2021 that was held virtually. Further answering, that YouTube recording speaks for itself and deny the allegations of said Paragraph 37 to the extent they depart from said language and further deny or deny for want of information all other allegations.

38. These Defendants deny or deny for want of information all allegations contained in Paragraph 38 of Plaintiff's Complaint.

39. In reply to the allegations contained in Paragraph 39 of Plaintiff's Complaint, these Defendants admit that Mayor Brennan compiled a map locating the persons from whom comments had been received concerning Plaintiff's application but deny or deny for want of information all other allegations contained in Paragraph 39 of Plaintiff's Complaint.

40. These Defendants deny or deny for want of information all allegations contained in Paragraph 40 of Plaintiff's Complaint.

41. These Defendants deny or deny for want of information all allegations contained in Paragraph 41 of Plaintiff's Complaint.

42. In reply to the allegations in Paragraph 42 of Plaintiff's Complaint, the YouTube recording speaks for itself and Defendants deny the allegations of said Paragraph 42 to the extent they depart from said language and further deny or deny for want of information all other allegations or characterizations in said Paragraph 42.

43. In reply to the allegations in Paragraph 43 of Plaintiff's Complaint, the YouTube recording speaks for itself and Defendants deny the allegations of said Paragraph 43 to the extent they depart from said language and further deny or deny for want of information all other allegations or characterizations in said Paragraph 43.

44. In reply to the allegations in Paragraph 44 of Plaintiff's Complaint, these Defendants admit that there was a petition containing 195 signatures opposed to the application but further state that the YouTube recording speaks for itself and these Defendants deny the allegations of said Paragraph 44 to the extent they depart from said language and further deny or deny for want of information all other allegations or characterizations in said Paragraph 44.

45. In reply to the allegations in Paragraph 45 of Plaintiff's Complaint, these Defendants admit that the Planning Commission is composed of 5 members chaired by Mayor Brennan but state that the YouTube recording speaks for itself and Defendants deny the allegations of said Paragraph 45 to the extent they depart from said language and further deny or deny for want of information all other allegations or characterizations in said Paragraph 45.

46. In reply to the allegations in Paragraph 46 of Plaintiff's Complaint, the YouTube recording speaks for itself and Defendants deny the allegations of said Paragraph 46 to the extent they depart from said language and further deny or deny for want of information all other allegations or characterizations in said Paragraph 46.

47. In reply to the allegations in Paragraph 47 of Plaintiff's Complaint, the YouTube recording speaks for itself and Defendants deny the allegations of said Paragraph 47 to the extent they depart from said language and further deny or deny for want of information all other allegations or characterizations in said Paragraph 47 .

48. In reply to the allegations in Paragraph 48 of Plaintiff's Complaint, the YouTube recording speaks for itself and Defendants deny the allegations of said Paragraph 48 to the extent they depart from said language and further deny or deny for want of information all other allegations or characterizations in said Paragraph 48.

49. These Defendants admit the allegations contained in paragraph 49 of the complaint.

50. In reply to the allegations in Paragraph 50 of Plaintiff's Complaint, the YouTube recording speaks for itself and Defendants deny the allegations of said Paragraph 50 to the extent they depart from said language and further deny or deny for want of information all other allegations or characterizations in said Paragraph 50.

51. In reply to the allegations in Paragraph 51 of Plaintiff's Complaint, the YouTube recording speaks for itself and Defendants deny the allegations of said Paragraph 51 to the extent they depart from said language and further deny or deny for want of information all other allegations or characterizations in said Paragraph 51.

52. These Defendants deny or deny for want of information all allegations contained in Paragraph 52 of Plaintiff's Complaint.

53. These Defendants deny all allegations contained in Paragraph 53 of Plaintiff's Complaint.

54. In reply to the allegations contained in Paragraph 54 of Plaintiff's Complaint, these Defendants admit that Mayor Brennan is an attorney. Further answering, these Defendants deny or deny for want of information all remaining allegations contained in Paragraph 54 of Plaintiff's Complaint.

55. These Defendants deny or deny for want of information all allegations contained in Paragraph 55 of Plaintiff's Complaint.

56. These Defendants deny or deny for want of information all allegations contained in Paragraph 56 of Plaintiff's Complaint.

57. These Defendants deny or deny for want of information all allegations contained in Paragraph 57 of Plaintiff's Complaint.

58. These Defendants deny or deny for want of information all allegations contained in Paragraph 58 of Plaintiff's Complaint and the unnumbered subheading preceding it.

59. These Defendants deny or deny for want of information all allegations contained in Paragraph 59 of Plaintiff's Complaint.

60. These Defendants deny or deny for want of information all allegations contained in Paragraph 60 of Plaintiff's Complaint.

61. These Defendants deny or deny for want of information all allegations contained in Paragraph 61 of Plaintiff's Complaint.

62. These Defendants deny or deny for want of information all allegations contained in Paragraph 62 of Plaintiff's Complaint.

63. These Defendants deny or deny for want of information all allegations contained in Paragraph 63 of Plaintiff's Complaint.

64. These Defendants deny or deny for want of information all allegations contained in Paragraph 64 of Plaintiff's Complaint.

65. In reply to the allegations contained in Paragraph 65 of Plaintiff's Complaint, these Defendants assert that any case law or publications speak for themselves and are denied to the extent they depart therefrom and Defendants further deny or deny for want of information all other allegations contained in said Paragraph 65.

66. These Defendants deny or deny for want of information all allegations contained in Paragraph 66 of Plaintiff's Complaint.

67. These Defendants deny or deny for want of information all allegations contained in Paragraph 67 of Plaintiff's Complaint.

68. These Defendants deny or deny for want of information all allegations contained in Paragraph 68 of Plaintiff's Complaint.

69. These Defendants deny or deny for want of information all allegations contained in Paragraph 69 of Plaintiff's Complaint.

70. These Defendants deny or deny for want of information all allegations contained in Paragraph 70 of Plaintiff's Complaint.

71. These Defendants deny or deny for want of information all allegations contained in Paragraph 71 of Plaintiff's Complaint.

72. These Defendants deny or deny for want of information all allegations contained in Paragraph 72 of Plaintiff's Complaint.

73. These Defendants deny or deny for want of information all allegations contained in Paragraph 73 of Plaintiff's Complaint.

74. These Defendants deny or deny for want of information all allegations contained in Paragraph 74 of Plaintiff's Complaint.

75. These Defendants deny or deny for want of information all allegations contained in Paragraph 75 of Plaintiff's Complaint.

76. These Defendants deny or deny for want of information the allegations contained in Paragraph 76 of Plaintiff's Complaint.

77. These Defendants deny or deny for want of information all allegations contained in Paragraph 77 of Plaintiff's Complaint.

78. These Defendants deny or deny for want of information all allegations contained in Paragraph 78 of Plaintiff's Complaint.

79. These Defendants deny or deny for want of information all allegations contained in Paragraph 79 of Plaintiff's Complaint. These Defendants also deny the allegations set forth in the unnumbered subheading that precedes Paragraph 79.

80. These Defendants deny or deny for want of information all allegations contained in Paragraph 80 of Plaintiff's Complaint.

81. These Defendants deny or deny for want of information all allegations contained in Paragraph 81 of Plaintiff's Complaint.

82. In reply to the allegations contained in Paragraph 82 of Plaintiff's Complaint, these Defendants admit that Mayor Brennan met with Plaintiff at Plaintiff's request but deny or deny for want of information all other allegations contained in said Paragraph 82.

83. These Defendants deny or deny for want of information all allegations contained in Paragraph 83 of Plaintiff's Complaint.

84. These Defendants deny or deny for want of information all allegations contained in Paragraph 84 of Plaintiff's Complaint.

85. These Defendants deny or deny for want of information all allegations contained in Paragraph 85 of Plaintiff's Complaint.

86. These Defendants deny or deny for want of information all allegations contained in Paragraph 86 of Plaintiff's Complaint.

87. These Defendants deny or deny for want of information all allegations contained in Paragraph 87 of Plaintiff's Complaint.

88. These Defendants deny the allegations contained in Paragraph 88 of Plaintiff's Complaint.

89. In reply to the allegations contained in Paragraph 89 of Plaintiff's Complaint, these Defendants admit that any alleged email speaks for itself and the allegations are denied to the extent they depart therefrom and Defendants further deny or deny for want of information all other allegations contained in said Paragraph 89.

90. These Defendants deny the allegations contained in Paragraph 90 of Plaintiff's Complaint.

91. These Defendants deny or deny for want of information all allegations contained in Paragraph 91 of Plaintiff's Complaint.

92. These Defendants deny or deny for want of information all allegations contained in Paragraph 92 of Plaintiff's Complaint.

93. These Defendants deny or deny for want of information all allegations contained in Paragraph 93 of Plaintiff's Complaint.

94. These Defendants deny or deny for want of information all allegations contained in Paragraph 94 of Plaintiff's Complaint.

95. In reply to the allegations contained in Paragraph 95 of Plaintiff's Complaint, these Defendants admit that Plaintiff has asked the City to have the cameras that are on private property removed. Further answering, Defendants deny or deny for want of information all other allegations contained in said Paragraph 95.

96. These Defendants deny or deny for want of information all allegations contained in Paragraph 96 of Plaintiff's Complaint.

97. In reply to the allegations contained in Paragraph 97 of Plaintiff's Complaint, these Defendants admit that some type of fabric barrier appears to have been erected on Plaintiff's property but these Defendants deny or deny for want of information all allegations contained in said Paragraph 97.

98. In reply to the allegations contained in Paragraph 98 of Plaintiff's Complaint, these Defendants admit the fabric barrier appears to have been erected on Plaintiff's property and that the City questioned whether it met applicable codes but deny or deny for want of information all other allegations contained in said Paragraph 98.

99. These Defendants deny or deny for want of information all allegations contained in Paragraph 99 of Plaintiff's Complaint.

100. These Defendants deny or deny for want of information all allegations contained in Paragraph 100 of Plaintiff's Complaint.

101. These Defendants deny or deny for want of information all allegations contained in Paragraph 101 of Plaintiff's Complaint.

102. These Defendants deny or deny for want of information all allegations contained in Paragraph 102 of Plaintiff's Complaint.

103. These Defendants deny or deny for want of information all allegations contained in Paragraph 103 of Plaintiff's Complaint.

104. These Defendants deny or deny for want of information all allegations contained in Paragraph 104 of Plaintiff's Complaint.

105. These Defendants deny or deny for want of information all allegations contained in Paragraph 105 of Plaintiff's Complaint.

106. These Defendants deny or deny for want of information all allegations contained in Paragraph 106 of Plaintiff's Complaint.

107. These Defendants deny or deny for want of information all allegations contained in Paragraph 107 of Plaintiff's Complaint.

108. These Defendants deny or deny for want of information all allegations contained in Paragraph 108 of Plaintiff's Complaint.

109. These Defendants deny or deny for want of information all allegations contained in Paragraph 109 of Plaintiff's Complaint.

110. These Defendants deny or deny for want of information all allegations contained in Paragraph 110 of Plaintiff's Complaint.

111. These Defendants deny or deny for want of information all allegations contained in Paragraph 111 of Plaintiff's Complaint.

112. These Defendants deny or deny for want of information all allegations contained in Paragraph 112 of Plaintiff's Complaint.

113. In reply to the allegations contained in Paragraph 113 of Plaintiff's Complaint, these Defendants admit that Plaintiff made a public records request. These Defendants otherwise deny or deny for want of information all allegations contained in Paragraph 113 of Plaintiff's Complaint.

114. These Defendants deny or deny for want of information all allegations contained in Paragraph 114 of Plaintiff's Complaint.

115. These Defendants deny or deny for want of information all allegations contained in Paragraph 115 of Plaintiff's Complaint.

116. These Defendants deny or deny for want of information all allegations contained in Paragraph 116 of Plaintiff's Complaint.

117. These Defendants deny or deny for want of information all allegations contained in Paragraph 117 of Plaintiff's Complaint.

118. These Defendants deny or deny for want of information all allegations contained in Paragraph 118 of Plaintiff's Complaint.

119. These Defendants deny or deny for want of information all allegations contained in Paragraph 119 of Plaintiff's Complaint.

120. These Defendants deny or deny for want of information all allegations contained in Paragraph 120 of Plaintiff's Complaint.

121. These Defendants deny or deny for want of information all allegations contained in Paragraph 121 of Plaintiff's Complaint.

122. These Defendants deny or deny for want of information all allegations contained in Paragraph 122 of Plaintiff's Complaint.

123. These Defendants deny or deny for want of information all allegations contained in Paragraph 123 of Plaintiff's Complaint.

124. In reply to the allegations in Paragraph 124 of Plaintiff's Complaint, the YouTube recording speaks for itself and Defendants deny the allegations of said Paragraph 124 to the extent they depart from said language and further deny or deny for want of information all other allegations or characterizations in said Paragraph 124.

125. These Defendants deny or deny for want of information all allegations contained in Paragraph 125 of Plaintiff's Complaint.

126. These Defendants deny or deny for want of information all allegations contained in Paragraph 126 of Plaintiff's Complaint.

127. These Defendants deny or deny for want of information all allegations contained in Paragraph 127 of Plaintiff's Complaint.

128. These Defendants deny or deny for want of information all allegations contained in Paragraph 128 of Plaintiff's Complaint.

129. In reply to the allegations contained in Paragraph 129 of Plaintiff's Complaint, these Defendants state that the email speaks for itself and they deny the allegations of said Paragraph 129 to the extent they depart from said language and they further deny or deny for want of information all other allegations contained in said Paragraph 129.

130. These Defendants deny or deny for want of information all allegations contained in Paragraph 130 of Plaintiff's Complaint.

131. These Defendants deny or deny for want of information all allegations contained in Paragraph 131 of Plaintiff's Complaint.

132. These Defendants deny or deny for want of information all allegations contained in Paragraph 132 of Plaintiff's Complaint.

133. These Defendants deny or deny for want of information all allegations contained in Paragraph 133 of Plaintiff's Complaint.

134. These Defendants deny or deny for want of information all allegations contained in Paragraph 134 of Plaintiff's Complaint.

135. These Defendants deny or deny for want of information all allegations contained in Paragraph 135 of Plaintiff's Complaint.

136. These Defendants deny or deny for want of information all allegations contained in Paragraph 136 of Plaintiff's Complaint.

137. These Defendants deny or deny for want of information all allegations contained in Paragraph 137 of Plaintiff's Complaint.

138. These Defendants deny or deny for want of information all allegations contained in Paragraph 138 of Plaintiff's Complaint.

139. These Defendants deny or deny for want of information all allegations contained in Paragraph 139 of Plaintiff's Complaint.

140. In reply to the allegations contained in Paragraph 140 of Plaintiff's Complaint, these Defendants admit that the email speaks for itself and they deny the allegations of said Paragraph 140 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 140.

141. In reply to the allegations contained in Paragraph 141 of Plaintiff's Complaint, these Defendants admit that the email speaks for itself and they deny the allegations of said Paragraph 141 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 141.

142. These Defendants deny or deny for want of information all allegations contained in Paragraph 142 of Plaintiff's Complaint.

143. These Defendants deny or deny for want of information all allegations contained in Paragraph 143 of Plaintiff's Complaint.

144. These Defendants deny or deny for want of information all allegations contained in Paragraph 144 of Plaintiff's Complaint.

145. In reply to the allegations contained in Paragraph 145 of Plaintiff's Complaint, these Defendants state that letter speaks for itself and deny the allegations of said Paragraph 145 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 145.

146. In reply to the allegations contained in Paragraph 146 of Plaintiff's Complaint, these Defendants aver that the citation speaks for itself and deny the allegations of said Paragraph 146 to the extent they depart from said language. They further deny or deny for want of information all other allegations contained in said Paragraph 146.

147. In reply to the allegations contained in Paragraph 147 of Plaintiff's Complaint, these Defendants aver that the citation speaks for itself and deny the allegations of said Paragraph 147 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 147.

148. In reply to the allegations contained in Paragraph 148 of Plaintiff's Complaint, these Defendants aver that the citation speaks for itself and deny the allegations of said Paragraph 148 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 148.

149. In reply to the allegations contained in Paragraph 149 of Plaintiff's Complaint, these Defendants aver that the citation speaks for itself and deny the allegations of said Paragraph 149 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 149.

150. In reply to the allegations contained in Paragraph 150 of Plaintiff's Complaint, these Defendants aver that the citation speaks for itself and deny the allegations of said Paragraph 150 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 150.

151. These Defendants deny or deny for want of information all allegations contained in Paragraph 151 of Plaintiff's Complaint.

152. In reply to the allegations contained in Paragraph 152 of Plaintiff's Complaint, these Defendants aver that the citation speaks for itself and deny the allegations of said Paragraph 152 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 152.

153. These Defendants deny or deny for want of information all allegations contained in Paragraph 153 of Plaintiff's Complaint.

154. These Defendants deny or deny for want of information all allegations contained in Paragraph 154 of Plaintiff's Complaint.

155. These Defendants deny or deny for want of information all allegations contained in Paragraph 155 of Plaintiff's Complaint.

156. These Defendants deny or deny for want of information all allegations contained in Paragraph 156 of Plaintiff's Complaint.

157. In reply to the allegations contained in Paragraph 157 of Plaintiff's Complaint, these Defendants aver that the citation speaks for itself and deny the allegations of said Paragraph 157 to the extent they depart from said citation and further deny or deny for want of information all other allegations contained in Paragraph 157.

158. In reply to the allegations contained in Paragraph 158 of Plaintiff's Complaint, these Defendants aver that the citation speaks for itself and deny the allegations of said Paragraph 158 to the extent they depart from said citation and further deny or deny for want of information all other allegations contained in Paragraph 158.

159. In reply to the allegations contained in Paragraph 159 of Plaintiff's Complaint, these Defendants state that Plaintiff's alleged attempted to appeal was not timely or effective. Further answering, these Defendants deny or deny for want of information all other allegations contained in Paragraph 159.

160. These Defendants deny or deny for want of information all allegations contained in Paragraph 160 of Plaintiff's Complaint.

161. These Defendants deny or deny for want of information all allegations contained in Paragraph 161 of Plaintiff's Complaint.

162. In reply to the allegations contained in Paragraph 162 of Plaintiff's Complaint, these Defendants state that Plaintiff's appeal speaks for itself and deny the allegations of said Paragraph 162 to the extent they depart from said appeal and further deny or deny for want of information all other allegations contained in said Paragraph 162.

163. In reply to the allegations contained in Paragraph 163 of Plaintiff's Complaint, these Defendants aver that the University Heights Codified Ordinances speak for themselves and deny the allegations of said Paragraph 163 to the extent they depart from the UHCO and further deny or deny for want of information all other allegations contained in said Paragraph 163.

164. These Defendants deny or deny for want of information all allegations contained in Paragraph 164 of Plaintiff's Complaint.

165. These Defendants deny or deny for want of information all allegations contained in Paragraph 165 of Plaintiff's Complaint.

166. These Defendants deny or deny for want of information all allegations contained in Paragraph 166 of Plaintiff's Complaint.

167. These Defendants deny or deny for want of information all allegations contained in Paragraph 167 of Plaintiff's Complaint.

168. These Defendants deny or deny for want of information all allegations contained in Paragraph 168 of Plaintiff's Complaint.

169. In reply to the allegations contained in Paragraph 169 of Plaintiff's Complaint, these Defendants admit that there was a communication between the Law Director and the Plaintiff concerning the validity of Plaintiff's appeal but deny or deny for want of information all allegations other contained in Paragraph 169 of Plaintiff's Complaint.

170. In reply to the allegations contained in Paragraph 170 of Plaintiff's Complaint, these Defendants aver that the letter speaks for itself and deny the allegations of said Paragraph 170 to the extent they depart from the letter and further deny or deny for want of information all other allegations contained in said Paragraph 170.

171. In reply to the allegations contained in Paragraph 171 of Plaintiff's Complaint, these Defendants aver that the letter speaks for itself and deny the allegations of said Paragraph 171 to the extent they depart from the letter and further deny or deny for want of information all other allegations contained in said Paragraph 171.

172. These Defendants deny or deny for want of information all allegations contained in Paragraph 172 of Plaintiff's Complaint.

173. In reply to the allegations contained in Paragraph 173 of Plaintiff's Complaint, these Defendants aver that the letter speaks for itself and deny the allegations of said Paragraph 173 to the extent they depart from the letter and further deny or deny for want of information all other allegations contained in said Paragraph 173.

174. These Defendants deny or deny for want of information all allegations contained in Paragraph 174 of Plaintiff's Complaint.

175. These Defendants deny or deny for want of information all allegations contained in Paragraph 175 of Plaintiff's Complaint.

176. In reply to the allegations contained in Paragraph 176 of Plaintiff's Complaint, these Defendants aver that the e-mail speaks for itself and deny the allegations of said Paragraph 176 to the extent they depart from the e-mail and further deny or deny for want of information all other allegations and characterizations contained in said Paragraph 176.

177. In reply to the allegations contained in Paragraph 177 of Plaintiff's Complaint, these Defendants aver that the letter speaks for itself and deny the allegations of said Paragraph 177 to the extent they depart from the letter and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 177.

178. In reply to the allegations contained in Paragraph 178 of Plaintiff's Complaint, these Defendants aver that the letter speaks for itself and deny the allegations of said Paragraph 178 to the extent they depart from the letter and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 178.

179. In reply to the allegations contained in Paragraph 179 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph

179 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 179.

180. These Defendants deny or deny for want of information all allegations contained in Paragraph 180 of Plaintiff's Complaint.

181. These Defendants deny or deny for want of information all allegations contained in Paragraph 181 of Plaintiff's Complaint.

182. These Defendants deny or deny for want of information all allegations contained in Paragraph 182 of Plaintiff's Complaint.

183. These Defendants deny or deny for want of information all allegations contained in Paragraph 183 of Plaintiff's Complaint.

184. In reply to the allegations contained in Paragraph 184 of Plaintiff's Complaint, these Defendants aver that the notice speaks for itself and deny the allegations of said Paragraph 184 to the extent they depart from the notice and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 184.

185. These Defendants deny or deny for want of information all allegations contained in Paragraph 185 of Plaintiff's Complaint.

186. These Defendants deny or deny for want of information all allegations contained in Paragraph 186 of Plaintiff's Complaint.

187. These Defendants deny or deny for want of information all allegations contained in Paragraph 187 of Plaintiff's Complaint.

188. These Defendants deny or deny for want of information all allegations contained in Paragraph 188 of Plaintiff's Complaint.

189. These Defendants deny or deny for want of information all allegations contained in Paragraph 189 of Plaintiff's Complaint.

190. These Defendants deny or deny for want of information all allegations contained in Paragraph 190 of Plaintiff's Complaint.

191. These Defendants deny or deny for want of information all allegations contained in Paragraph 191 of Plaintiff's Complaint.

192. These Defendants deny or deny for want of information all allegations contained in Paragraph 192 of Plaintiff's Complaint.

193. These Defendants deny that they afforded Plaintiff any arbitrary, capricious, or discriminatory treatment and deny all other allegations contained in Paragraph 193 of Plaintiff's Complaint.

194. These Defendants deny or deny for want of information all allegations contained in Paragraph 194 of Plaintiff's Complaint.

195. These Defendants deny or deny for want of information all allegations contained in Paragraph 195 of Plaintiff's Complaint.

196. These Defendants deny or deny for want of information all allegations contained in Paragraph 196 of Plaintiff's Complaint.

197. These Defendants deny or deny for want of information all allegations contained in Paragraph 197 of Plaintiff's Complaint.

198. These Defendants deny or deny for want of information all allegations contained in Paragraph 198 of Plaintiff's Complaint.

199. These Defendants deny or deny for want of information all allegations contained in Paragraph 199 of Plaintiff's Complaint.

200. These Defendants deny or deny for want of information all allegations contained in Paragraph 200 of Plaintiff's Complaint.

201. These Defendants deny or deny for want of information all allegations contained in Paragraph 201 of Plaintiff's Complaint. Further, these Defendants deny the allegations in the unnumbered paragraph subsequent to paragraph 201.

202. These Defendants deny or deny for want of information all allegations contained in Paragraph 202 of Plaintiff's Complaint.

203. These Defendants deny or deny for want of information all allegations contained in Paragraph 203 of Plaintiff's Complaint.

204. In reply to the allegations contained in Paragraph 204 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 204 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 204.

205. In reply to the allegations contained in Paragraph 205 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 205 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 205.

206. In reply to the allegations contained in Paragraph 206 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 206 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 206.

207. In reply to the allegations contained in Paragraph 207 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph

207 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 207.

208. In reply to the allegations contained in Paragraph 208 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 208 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 208.

209. These Defendants deny or deny for want of information all allegations contained in Paragraph 209 of Plaintiff's Complaint.

210. In reply to the allegations contained in Paragraph 210 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 210 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 210. Further answering the unnumbered paragraph preceding paragraph 210, Defendants deny the allegation contained therein.

211. In reply to the allegations contained in Paragraph 211 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 211 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 211.

212. In reply to the allegations contained in Paragraph 212 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 212 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 212.

213. In reply to the allegations contained in Paragraph 213 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 213 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 213.

214. In reply to the allegations contained in Paragraph 214 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 214 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 214.

215. In reply to the allegations contained in Paragraph 215 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 215 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 215.

216. In reply to the allegations contained in Paragraph 216 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 216 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 216.

217. These Defendants deny or deny for want of information all allegations contained in Paragraph 217 of Plaintiff's Complaint.

218. In reply to the allegations contained in Paragraph 218 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 218 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 218.

219. In reply to the allegations contained in Paragraph 219 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 219 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 219.

220. These Defendants deny or deny for want of information all allegations contained in Paragraph 220 of Plaintiff's Complaint.

221. In reply to the allegations contained in Paragraph 221 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 221 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 221.

222. In reply to the allegations contained in Paragraph 222 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 222 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 222.

223. In reply to the allegations contained in Paragraph 223 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 223 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 223.

224. In reply to the allegations contained in Paragraph 224 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 224 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 224.

225. These Defendants deny or deny for want of information all allegations contained in Paragraph 225 of Plaintiff's Complaint. Further answering, these Defendants deny the allegations made in the unnumbered paragraph preceding Paragraph 225.

226. These Defendants deny or deny for want of information all allegations contained in Paragraph 226 of Plaintiff's Complaint.

227. In reply to the allegations contained in Paragraph 227 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 227 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 227.

228. These Defendants deny or deny for want of information all allegations contained in Paragraph 228 of Plaintiff's Complaint.

229. In reply to the allegations contained in Paragraph 229 of Plaintiff's Complaint, these Defendants aver that the Ohio Constitution or case law speaks for itself and deny the allegations of said Paragraph 229 and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 229.

230. These Defendants deny or deny for want of information all allegations contained in Paragraph 230 of Plaintiff's Complaint.

231. These Defendants deny or deny for want of information all allegations contained in Paragraph 231 of Plaintiff's Complaint.

232. These Defendants deny or deny for want of information all allegations contained in Paragraph 232 of Plaintiff's Complaint.

233. These Defendants deny or deny for want of information all allegations contained in Paragraph 233 of Plaintiff's Complaint.

234. In reply to the allegations contained in Paragraph 234 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 234 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 234.

235. These Defendants deny or deny for want of information all allegations contained in Paragraph 235 of Plaintiff's Complaint.

236. In reply to the allegations contained in Paragraph 236 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 236 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 236.

237. In reply to the allegations contained in Paragraph 237 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 237 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 237.

238. In reply to the allegations contained in Paragraph 238 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 238 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 238.

239. In reply to the allegations contained in Paragraph 239 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 239 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 239.

240. In reply to the allegations contained in Paragraph 240 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 240 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 240.

241. In reply to the allegations contained in Paragraph 241 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 241 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 241.

242. In reply to the allegations contained in Paragraph 242 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 242 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 242.

243. In reply to the allegations contained in Paragraph 243 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 243 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 243.

244. In reply to the allegations contained in Paragraph 244 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 244 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 244.

245. In reply to the allegations contained in Paragraph 245 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph

245 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 245.

246. In reply to the allegations contained in Paragraph 246 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 246 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 246.

247. In reply to the allegations contained in Paragraph 247 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 247 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 247.

248. In reply to the allegations contained in Paragraph 248 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 248 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 248.

249. These Defendants deny or deny for want of information all allegations contained in Paragraph 249 of Plaintiff's Complaint.

250. In reply to the allegations contained in Paragraph 250 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 250 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 250.

251. These Defendants deny or deny for want of information all allegations contained in Paragraph 251 of Plaintiff's Complaint.

252. In reply to the allegations contained in Paragraph 252 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 252 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 252.

253. These Defendants deny or deny for want of information all allegations contained in Paragraph 253 of Plaintiff's Complaint.

254. In reply to the allegations contained in Paragraph 254 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 254 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 254.

255. These Defendants deny or deny for want of information all allegations contained in Paragraph 255 of Plaintiff's Complaint.

256. These Defendants deny or deny for want of information all allegations contained in Paragraph 256 of Plaintiff's Complaint. Further answering, these Defendants deny the allegations contained in the unnumbered paragraph that precedes paragraph 256.

257. These Defendants deny or deny for want of information all allegations contained in Paragraph 257 of Plaintiff's Complaint.

258. In reply to the allegations contained in Paragraph 258 of Plaintiff's Complaint, these Defendants admit that any actions they took were under color of law but deny some or all of the referenced allegations against them and further deny all liability in this action.

259. These Defendants deny or deny for want of information all allegations contained in Paragraph 259 of Plaintiff's Complaint.

260. These Defendants deny or deny for want of information all allegations contained in Paragraph 260 of Plaintiff's Complaint.

261. These Defendants deny or deny for want of information all allegations contained in Paragraph 261 of Plaintiff's Complaint.

262. These Defendants deny or deny for want of information all allegations contained in Paragraph 262 of Plaintiff's Complaint.

263. These Defendants deny or deny for want of information all allegations contained in Paragraph 263 of Plaintiff's Complaint.

264. These Defendants deny or deny for want of information all allegations contained in Paragraph 264 of Plaintiff's Complaint.

265. These Defendants deny or deny for want of information all allegations contained in Paragraph 265 of Plaintiff's Complaint.

266. These Defendants deny or deny for want of information all allegations contained in Paragraph 266 of Plaintiff's Complaint.

267. These Defendants deny or deny for want of information all allegations contained in Paragraph 267 of Plaintiff's Complaint.

268. These Defendants deny or deny for want of information all allegations contained in Paragraph 268 of Plaintiff's Complaint.

269. These Defendants deny or deny for want of information all allegations contained in Paragraph 269 of Plaintiff's Complaint.

270. These Defendants deny or deny for want of information all allegations contained in Paragraph 270 of Plaintiff's Complaint.

271. These Defendants deny or deny for want of information all allegations contained in Paragraph 271 of Plaintiff's Complaint.

272. These Defendants deny or deny for want of information all allegations contained in Paragraph 272 of Plaintiff's Complaint.

273. These Defendants deny or deny for want of information all allegations contained in Paragraph 273 of Plaintiff's Complaint.

274. These Defendants deny or deny for want of information all allegations contained in Paragraph 274 of Plaintiff's Complaint.

275. These Defendants deny or deny for want of information all allegations contained in Paragraph 275 of Plaintiff's Complaint.

276. These Defendants deny or deny for want of information all allegations contained in Paragraph 276 of Plaintiff's Complaint.

277. In response to the allegations contained in Paragraph 277 of Plaintiff's Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

278. These Defendants deny or deny for want of information all allegations contained in Paragraph 278 of Plaintiff's Complaint.

279. In response to the allegations contained in Paragraph 279 of Plaintiff's Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

280. These Defendants deny or deny for want of information all allegations contained in Paragraph 280 of Plaintiff's Complaint.

281. In response to the allegations contained in Paragraph 281 of Plaintiff's Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

282. These Defendants deny or deny for want of information all allegations contained in Paragraph 282 of Plaintiff's Complaint.

283. In response to the allegations contained in Paragraph 283 of Plaintiff's Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

284. These Defendants deny or deny for want of information all allegations contained in Paragraph 284 of Plaintiff's Complaint.

285. In response to the allegations contained in Paragraph 285 of Plaintiff's Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

286. These Defendants deny or deny for want of information all allegations contained in Paragraph 286 of Plaintiff's Complaint.

287. In response to the allegations contained in Paragraph 287 of Plaintiff's Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

288. These Defendants deny or deny for want of information all allegations contained in Paragraph 288 of Plaintiff's Complaint.

289. In response to the allegations contained in Paragraph 289 of Plaintiff's Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

290. These Defendants deny or deny for want of information all allegations contained in Paragraph 290 of Plaintiff's Complaint.

291. In response to the allegations contained in Paragraph 291 of Plaintiff's Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

292. These Defendants deny or deny for want of information all allegations contained in Paragraph 292 of Plaintiff's Complaint.

293. In response to the allegations contained in Paragraph 293 of Plaintiff's Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

294. These Defendants deny or deny for want of information all allegations contained in Paragraph 294 of Plaintiff's Complaint.

295. In response to the allegations contained in Paragraph 295 of Plaintiff's Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

296. These Defendants deny or deny for want of information all allegations contained in Paragraph 296 of Plaintiff's Complaint.

297. In response to the allegations contained in Paragraph 297 of Plaintiff's Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

298. These Defendants deny or deny for want of information all allegations contained in Paragraph 298 of Plaintiff's Complaint.

299. In response to the allegations contained in Paragraph 299 of Plaintiff's Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

300. These Defendants deny or deny for want of information all allegations contained in Paragraph 300 of Plaintiff's Complaint.

301. In response to the allegations contained in Paragraph 301 of Plaintiff's Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

302. These Defendants deny or deny for want of information all allegations contained in Paragraph 302 of Plaintiff's Complaint.

303. In response to the allegations contained in Paragraph 303 of Plaintiff's Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

304. These Defendants deny or deny for want of information all allegations contained in Paragraph 304 of Plaintiff's Complaint.

305. In response to the allegations contained in Paragraph 305 of Plaintiff's Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

306. These Defendants deny or deny for want of information all allegations contained in Paragraph 306 of Plaintiff's Complaint.

307. In response to the allegations contained in Paragraph 307 of Plaintiff's Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

308. These Defendants deny or deny for want of information all allegations contained in Paragraph 308 of Plaintiff's Complaint.

309. In response to the allegations contained in Paragraph 309 of Plaintiff's Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

310. These Defendants deny or deny for want of information all allegations contained in Paragraph 310 of Plaintiff's Complaint. Further answering the unnumbered prayer for relief, Defendants deny any allegations and deny that Plaintiff is entitled to any relief.

## SECOND DEFENSE

311. Plaintiff's Complaint fails to state a claim upon which relief can be granted in some or all respects.

## THIRD DEFENSE

312. Qualified good faith immunity.

## FOURTH DEFENSE

313. These Defendants are entitled to all immunities, defenses, damage limitations, damage set offs and other benefits provided by R.C. 2744 and/or Ohio common law by reason of their status as a political subdivision or employees of a political subdivision.

**FIFTH DEFENSE**

314. The City of University Heights and any University Heights' employee(s) sued in their official capacity are immune from any award of punitive damages in this matter.

**SIXTH DEFENSE**

315. If Plaintiff suffered any injuries or damages, which matters are specifically denied, then said injuries or damages were solely and proximately caused by the acts or omissions of Plaintiff or persons or entities for whom these Defendants bear no legal responsibility.

**SEVENTH DEFENSE**

316. Defendants did not owe or breach any duty.

**EIGHTH DEFENSE**

317. All actions undertaken by these Defendants were motivated by legitimate law enforcement purposes.

**NINTH DEFENSE**

318. Absolute immunity.

**TENTH DEFENSE**

319. Privilege.

**ELEVENTH DEFENSE**

320. Probable Cause/Good Faith.

**TWELFTH DEFENSE**

321. Standing.

**THIRTEENTH DEFENSE**

322. Failure to exhaust administrative remedies.

WHEREFORE, having fully answered, these Defendants pray that Plaintiff's Complaint be dismissed, and that they go hence without cost or delay.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*s/James A. Climer*
JAMES A. CLIMER (0001532)
STEVEN K. KELLEY (0023747)
FRANK H. SCIALDONE (0075179)
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email: jclimer@mrrlaw.com
skelley@mrrlaw.com
fscialdone@mrrlaw.com

OF COUNSEL: LUKE F. MCCONVILLE (0067222)
Nicola, Gudbranson & Cooper, LLC
25 West Prospect Avenue, Suite 1400
Cleveland, OH 44115
(216) 621-7227
Email: mcconville@nicola.com

Counsel for Defendants City of University Heights and Michael Dylan Brennan

**JURY DEMAND**

A trial by jury composed of the maximum number of jurors permitted under the law is hereby demanded.

*s/James A. Climer*
JAMES A. CLIMER (0001532)
STEVEN K. KELLEY (0023747)
FRANK H. SCIALDONE (0075179)

Counsel for Defendants City of University Heights and Michael Dylan Brennan

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2022, a copy of the foregoing Answer of Defendants City of University Heights, Ohio and Mayor Michael Dylan Brennan to Plaintiff's Complaint was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/James A. Climer*
JAMES A. CLIMER (0001532)
STEVEN K. KELLEY (0023747)
FRANK H. SCIALDONE (0075179)

Counsel for Defendants City of University Heights and Michael Dylan Brennan