## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DANIEL GRAND,  ) | Case No: 1:22-cv-1594 |
|     Plaintiff,  ) | |
| ) | Judge: Bridget Meehan Brennan |
| v.  ) | |
| ) | **PLAINTIFF'S UNOPPOSED MOTION** |
| CITY OF UNIVERSITY HEIGHTS,  ) | **TO CONTINUE CASE MANAGEMENT** |
| OHIO, et al.,  ) | **CONFERENCE** |
| _____) | |

Now comes Plaintiff Daniel Grand, by and through counsel, and hereby moves this Honorable Court to continue the Case Management Conference scheduled for January 10, 2023.

On November 29, 2022, the Court issued its Notice of Case Management Conference and Order (ECF No. 10), scheduling a Case Management Conference (CMC) for January 10, 2023. Due to trial obligations, Plaintiff's counsel is unavailable on that day. Undersigned counsel conferred via email with counsel of record for all named defendants, and there was no opposition to this motion for a continuance. Undersigned counsel also inquired as to the availability of counsel for the Defendants for any time between January 2 through January 6, or for any time on January 19 or 20, and all counsel confirmed that any of those dates are available to reschedule the CMC.

Accordingly, Plaintiff respectfully requests that the Court continue the CMC and reset the CMC for one of the alternative dates in January when all counsel are available.

## CONCLUSION

For all of the foregoing reasons, Plaintiff respectfully requests that the Court GRANT Plaintiff's Motion and Continue the CMC and reset the CMC for one of the available dates in January.

Dated: December 8, 2022

>Respectfully submitted,
>
>/s/ Jonathan Gross
>Jonathan Gross
>BarID: MD-19121701
>The Clevenger Firm
>2833 Smith Ave.
>Baltimore, MD 21209
>(443) 813-0141
>jon@clevengerfirm.com

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on November 2, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties that have responded.

/s/*Jonathan Gross*

Counsel for Plaintiff

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with opposing counsel and the motion is unopposed.

/s/ *Jonathan Gross*

Counsel for Plaintiff