

Jonathan Gross <jonathansgross@gmail.com>

---

## RE: Case management conference for Grand v. University Heights, et al
1 message

---

C. Evans <cfevans@fer-law.net>  Tue, Dec 6, 2022 at 8:37 AM
To: Jonathan Gross <jon@clevengerfirm.com>

Yes, any of those dates will work for me.


Cari



**Cari Fusco Evans**

*Fischer, Evans & Robbins, Ltd.*

OSBA Board Certified Insurance Coverage Law Specialist

3521 Whipple Ave. NW

Canton, Ohio 44718

(330)244-0997 (office)

(330)244-8966 (fax)

(330)704-1255 (cell)

cfevans@fer-law.net




---

**From:** Jonathan Gross <jon@clevengerfirm.com>
**Sent:** Monday, December 5, 2022 9:47 PM
**To:** C. Evans <cfevans@fer-law.net>
**Subject:** Case management conference for Grand v. University Heights, et al


Ms. Evans,

I have a trial scheduled for January 10th when we have a case management conference scheduled for the Grand v. University Heights case. I would like to ask the court to reschedule. I have already conferred with counsel for the City and they are available any date January 2 - January 6, or January 19 or 20. Are you ok if I request to reschedule to any of those dates?

Thank you,

Jonathan Gross

--

Jonathan Gross, Esq.

The Clevenger Firm

2833 Smith Avenue

Suite 331

Baltimore, MD 21209

(443) 813-0141

www.clevengerfirm.com