Jonathan Gross <jonathansgross@gmail.com>

## RE: Case management conference
1 message

**Jim Climer** <jclimer@mrrlaw.com>  Fri, Dec 2, 2022 at 10:01 AM
To: Jonathan Gross <jon@clevengerfirm.com>, Steven Kelley <skelley@mrrlaw.com>, Frank Scialdone <fscialdone@mrrlaw.com>
Cc: Luke McConville <mcconville@nicola.com>

No objections.  I'm good for all except 1/8 from 12:00-1:30.  1/19 and 20 work better though.

James A. Climer

Direct Line:  440-287-8290

Email: jclimer@mrrlaw.com



**Cleveland Office**

100 Franklin's Row

34305 Solon Road

Cleveland, OH 44139

Phone: 440.248.7906

Fax: 440.248.8861

www.mrrlaw.com



**EMAIL CONFIDENTIALITY NOTICE:** This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged or confidential.  If the reader of this email is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately by telephone, and return the original message to the above email address.

 Please consider the environment before printing this email

**From:** Jonathan Gross [mailto:jon@clevengerfirm.com]
**Sent:** Friday, December 2, 2022 9:53 AM
**To:** Jim Climer <jclimer@mrrlaw.com>; Steven Kelley <skelley@mrrlaw.com>; Frank Scialdone <fscialdone@mrrlaw.com>
**Subject:** Case management conference

Counsel,

I represent Daniel Grand in Grand v. University Heights, et al.  We are scheduled for a case management conference by telephone on January 10, 2022 at 11:00.  Unfortunately, that day does not work for me as I am scheduled to be in trial that week.

I would like to propose to the court to reschedule the conference.  I will make myself available anytime, all week, from January 2 through January 6, or January 19 or 20.

If you do not oppose, please let me know your availability.

Respectfully,

Jonathan


--

Jonathan Gross, Esq.

The Clevenger Firm

2833 Smith Avenue

Suite 331

Baltimore, MD 21209

(443) 813-0141

www.clevengerfirm.com

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.