# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DANIEL GRAND ) | |
|     *Plaintiff,* ) | |
| ) | |
| v. ) | Case No: 1:22-cv-1594 |
| ) | |
| CITY OF UNIVERSITY HEIGHTS, et al., ) | |
|     *Defendants.* ) | |
| ) | |

## ORDER

The Court has considered Plaintiff's Unopposed Motion to Continue Case Management Conference, and

It is **ORDERED** that:

Plaintiff's Motion is GRANTED, and

The Case Management Conference scheduled for January 10, 2023 will be continued, and

The Case Management Conference will be set for January ___, 2023 at _____ a.m./p.m.

_____       _____
DATE                                                              JUDGE