# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **DANIEL GRAND,** ) | |
| *Plaintiff,* ) | |
| ) | Case No. 1:22-CV-01594 |
| vs. ) | |
| ) | |
| **UNIVERSITY HEIGHTS, ET AL** ) | |
| *Defendants.* ) | |
| ) | |

## MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT JEFFREY PORTER

Pursuant to Federal Civil Rule 41, Plaintiff voluntarily moves to dismiss all claims against Defendant Jeffrey Porter with prejudice to refiling based upon a settlement.

Dated: March 20, 2023                              Respectfully submitted,


/s/ Jonathan Gross
Jonathan Gross
BarID MD-19121701
The Clevenger Firm
2833 Smith Ave, Suite 331
Baltimore, MD 21209
(443) 813-0141
jon@clevengerfirm.com

## CERTIFICATE OF SERVICE

I certify that on March 20, 2023, a true and correct copy of the above and foregoing document will be served by electronic mail to counsel for Defendants.

/s/ Jonathan Gross
Attorney for Plaintiff