UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL GRAND, | ) | CASE NO.:  1:22-CV-01594 |
| | ) | |
| Plaintiff, | ) | JUDGE:  BRIDGET MEEHAN BRENNAN |
| | ) | |
| vs. | ) | **ANSWER OF DEFENDANTS TO** |
| | ) | **PLAINTIFF'S FIRST AMENDED** |
| CITY OF UNIVERSITY HEIGHTS, | ) | **COMPLAINT** |
| OHIO, et al., | ) | |
| | ) | |
| Defendants. | ) | **(Jury Demand Endorsed Hereon)** |

Now come Defendants, City of University Heights, Michael Dylan Brennan, Luke McConville, Paul Siemborski, April Urban, Michael Fine, Stephanie Scalise, and Geoff Englebrecht, by and through counsel Mazanec, Raskin & Ryder Co., L.P.A., and for their answer to Plaintiff's First Amended Complaint state as follows:

**FIRST DEFENSE**

1.     Answering Paragraph 1 of Plaintiff's Amended Complaint, Defendants admit that Plaintiff by and through the First Amended Complaint attempts to sue for purported violations of his civil rights.  Further answering said Paragraph, Defendants deny the validity of those claims and further deny any remaining allegations contained therein.

2.     Defendants deny or deny for want of knowledge all allegations contained in Paragraph 2 of Plaintiff's Amended Complaint.

3.     Defendants admit that Plaintiff purchased 2343 Miramar Boulevard in University Heights, Ohio along with Rakhel Davidoff in 2019, but deny or deny for want of knowledge the remaining allegations contained in Paragraph 3 of Plaintiff's Amended Complaint.

4.     Defendants deny or deny for want of knowledge all allegations contained in Paragraph 4 of Plaintiff's Amended Complaint.

{01611759v1 }

5.      Defendants deny or deny for want of knowledge all allegations contained in Paragraph 5 of Plaintiff's Amended Complaint.

6.      Defendants deny or deny for want of knowledge all allegations contained in Paragraph 6 of Plaintiff's Amended Complaint.

7.      Defendants deny the allegations contained in Paragraph 7 of Plaintiff's Amended Complaint.

8.      Defendants deny or deny for want of knowledge all allegations contained in Paragraph 8 of Plaintiff's Amended Complaint.

9.      Defendants deny or deny for want of knowledge all allegations contained in Paragraph 9 of Plaintiff's Amended Complaint.

10.      Defendants deny or deny for want of knowledge all allegations contained in Paragraph 10 of Plaintiff's Amended Complaint.

11.      Defendants deny the allegations contained in Paragraph 11 of Plaintiff's Amended Complaint.

12.      Defendants deny or deny for want of knowledge all allegations contained in Paragraph 12 of Plaintiff's Amended Complaint.

13.      Defendants deny or deny for want of knowledge all allegations contained in Paragraph 13 of Plaintiff's Amended Complaint.

14.      Defendants deny or deny for want of knowledge all allegations contained in Paragraph 14 of Plaintiff's Amended Complaint.

15.      Defendants deny or deny for want of knowledge all allegations contained in Paragraph 15 of Plaintiff's Amended Complaint.

16.      Defendants deny or deny for want of knowledge all allegations contained in Paragraph 16 of Plaintiff's Amended Complaint.

17.      Answering Paragraph 17 of Plaintiff's Amended Complaint, Defendants admit that Plaintiff by and through the Amended Complaint attempts to sue for purported violations of his rights.  Further answering said Paragraph, Defendants deny the validity of those claims and further deny any remaining allegations contained therein.

18.      Answering Paragraph 18 of Plaintiff's Amended Complaint, Defendants admit that Plaintiff by and through the Amended Complaint attempts to challenge purported discriminatory actions and seeks relief.  Further answering said Paragraph, Defendants deny the validity of those claims and further deny any remaining allegations contained therein.

19.      In reply to the allegations contained in Paragraph 19 of Plaintiff's Amended Complaint, these Defendants admit that this Court has subject matter jurisdiction pursuant to 42 USCA Secs. 1331 and 1367(a) but deny all liability and deny or deny for want of information all other allegations contained in said Paragraph 19.

20.      In reply to the allegations contained in Paragraph 20 of Plaintiff's Amended Complaint, these Defendants admit that venue in this Court is proper pursuant to 28 USCA Sec. 1391(b) but deny all liability and deny or deny for want of information all other allegations contained in said Paragraph 20.

21.      Defendants deny or deny for want of knowledge all allegations contained in Paragraph 21 of Plaintiff's Amended Complaint.

22.      In reply to the allegations contained in Paragraph 22 of Plaintiff's Amended Complaint, these Defendants admit that Defendant University Heights (hereinafter the "City) is an Ohio municipal corporation with a municipal charter having its principal place of business in

Cuyahoga County, Ohio at 2300 Warrensville Center Road, University Heights, Ohio 44118, but deny all liability and deny or deny for want of information all other allegations contained in said Paragraph 22.

23.     In reply to the allegations contained in Paragraph 23 of Plaintiff's Amended Complaint, these Defendants admit that Defendant Brennan (hereinafter "Mayor Brennan") is an adult citizen of the State of Ohio and at all relevant times to this action was the mayor of the City but deny all liability and deny or deny for want of information all other allegations contained in said Paragraph 23.

24.     In reply to the allegations contained in Paragraph 24 of Plaintiff's Amended Complaint, these Defendants admit that Defendant Luke McConville (hereinafter "McConville") is an adult citizen of the State of Ohio and at all relevant times to this action was the law director of the City but deny all liability and deny or deny for want of information all other allegations contained in said Paragraph 24.

25.     In reply to the allegations contained in Paragraph 25 of Plaintiff's Amended Complaint, these Defendants admit that Defendant Paul Siemborski (hereinafter "Siemborski") is an adult citizen of the State of Ohio but deny all liability and deny or deny for want of information all other allegations contained in said Paragraph 25.

26.     In reply to the allegations contained in Paragraph 26 of Plaintiff's Amended Complaint, these Defendants admit that Defendant April Urban (hereinafter "Urban") is an adult citizen of the State of Ohio but deny all liability and deny or deny for want of information all other allegations contained in said Paragraph 26.

27.     In reply to the allegations contained in Paragraph 27 of Plaintiff's Amended Complaint, these Defendants admit that Defendant Michael Fine (hereinafter "Fine") is an adult,

4

but deny all liability and deny or deny for want of information all other allegations contained in said Paragraph 27.

28.     In reply to the allegations contained in Paragraph 28 of Plaintiff's Amended Complaint, these Defendants admit that Defendant Stephanie Scalise  (hereinafter "Scalise") is an adult citizen of the State of Ohio but deny all liability and deny or deny for want of information all other allegations contained in said Paragraph 28.

29.     In reply to the allegations contained in Paragraph 29 of Plaintiff's Amended Complaint, these Defendants admit that Defendant Geoff Englebrecht (hereinafter "Englebrecht") is an adult citizen of the State of Ohio but deny all liability and deny or deny for want of information all other allegations contained in said Paragraph 29.

30.     Defendants deny for want of information the allegations contained in Paragraph 30 of Plaintiff's Amended Complaint.

31.     Defendants deny for want of information the allegations contained in Paragraph 31 of Plaintiff's Amended Complaint.

32.     Defendants deny for want of information the allegations contained in Paragraph 32 of Plaintiff's Amended Complaint.  These Defendants also deny the allegations set forth in the unnumbered subheading that precedes Paragraph 32.

33.     Defendants deny or deny for want of knowledge all allegations contained in Paragraph 33 of Plaintiff's Amended Complaint.

34.     Defendants deny or deny for want of knowledge all allegations contained in Paragraph 34 of Plaintiff's Amended Complaint.

35.     Defendants deny or deny for want of knowledge all allegations contained in Paragraph 35 of Plaintiff's Amended Complaint.

36. Defendants deny or deny for want of knowledge all allegations contained in Paragraph 36 of Plaintiff's Amended Complaint.

37. Defendants deny or deny for want of knowledge all allegations contained in Paragraph 37 of Plaintiff's Amended Complaint.

38. Defendants deny or deny for want of knowledge all allegations contained in Paragraph 38 of Plaintiff's Amended Complaint.

39. Answering Paragraph 39 of Plaintiff's Amended Complaint, Defendants admit that a call was made to the Plaintiff but deny or deny for want of information the remaining allegations contained in said Paragraph 39.

40. Answering Paragraph 40 of Plaintiff's Amended Complaint, Defendants admit that a cease and desist letter was emailed to Plaintiff however the remaining allegations contained in Paragraph 40 of Plaintiff's Amended Complaint are denied or denied for want of knowledge.

41. Defendants deny or deny for want of knowledge all allegations contained in Paragraph 41 of Plaintiff's Amended Complaint.

42. Defendants deny or deny for want of knowledge all allegations contained in Paragraph 42 of Plaintiff's Amended Complaint.  Further answering, Plaintiff initially sought to operate a synagogue/shul/house of worship out of his home, as he incorporated and named the shul before he intended to open it, advertised it on a website, sent letters to neighbors urging them to bring friends and distributed it on social media, applied for a special use permit and Plaintiff's rabbi indicated in public statements that the congregation could grow.

43. Defendants admit that the Mayor learned of Plaintiff's advertisement of the Shomayah Tefillah Beis Hakeneset (synagogue) located at 2343 Miramar Blvd from a concerned

6

citizen but deny or deny for want of knowledge all remaining allegations contained in Paragraph 43 of Plaintiff's Amended

44. Defendants deny or deny for want of knowledge all allegations contained in Paragraph 44 of Plaintiff's Amended Complaint.

45. Defendants deny or deny for want of knowledge all allegations contained in Paragraph 45 of Plaintiff's Amended Complaint.

46. Defendants deny or deny for want of knowledge all allegations contained in Paragraph 46 of Plaintiff's Amended Complaint.

47. These Defendants deny or deny for want of information all allegations contained in Paragraph 47 of Plaintiff's Complaint. Further answering these allegations, even if accurate these statements are taken out of context and therefore denied.

48. These Defendants deny or deny for want of information all allegations contained in Paragraph 48 of Plaintiff's Complaint. Further answering these allegations, even if accurate these statements are taken out of context and therefore denied.

49. Defendants deny or deny for want of knowledge all allegations contained in Paragraph 49 of Plaintiff's Amended Complaint.

50. Defendants deny or deny for want of knowledge all allegations contained in Paragraph 50 of Plaintiff's Amended Complaint.

51. Defendants deny or deny for want of knowledge all allegations contained in Paragraph 51 of Plaintiff's Amended Complaint.

52. In reply to the allegations contained in Paragraph 52 of Plaintiff's Amended Complaint, these Defendants admit that a cease and desist order was sent. Further answering, the letter speaks for itself and deny the allegations of said Paragraph 52 to the extent they depart from

said language and further deny or deny for want of information all other allegations contained in said Paragraph 52.

53. In reply to the allegations contained in Paragraph 53 of Plaintiff's Amended Complaint, these Defendants admit that a cease and desist order was sent. Further answering, the letter speaks for itself and deny the allegations of said Paragraph 53 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 53.

54. Defendants deny or deny for want of knowledge the allegations contained in Paragraph 54 of Plaintiff's Amended Complaint.

55. Defendants deny or deny for want of knowledge all allegations contained in Paragraph 55 of Plaintiff's Amended Complaint.

56. Defendants deny all allegations contained in Paragraph 56 of Plaintiff's Amended Complaint.

57. In response to the allegations contained in Paragraph 57 of Plaintiff's Amended Complaint, Defendants admit that Plaintiff emailed the city clerk. Further answering, that email speaks for itself and Defendants deny the allegations of said Paragraph 57 to the extent they depart from said language and further deny or deny for want of information all other allegations.

58. In response to the allegations contained in Paragraph 58 of Plaintiff's Amended Complaint, Defendants admit that Plaintiff submitted an application and paid a fee, but deny or deny for want of knowledge all remaining allegations contained in Paragraph 58 of Plaintiff's Amended Complaint.

59. Defendants deny or deny for want of knowledge all allegations contained in Paragraph 59 of Plaintiff's Amended Complaint.

60.     In reply to the allegations contained in Paragraph 60 of Plaintiff's Amended Complaint, these Defendants admit that Plaintiff submitted an application for a special use permit to the planning commission and a hearing was set for March 4, 2021. Further answering, that application speaks for itself and deny the allegations of said Paragraph 60 to the extent they depart from said language and further deny or deny for want of information all other allegations.

61.     In reply to the allegations contained in Paragraph 61, Defendants admit that there was a meeting on March 4, 2021 that was held virtually. Further answering, that YouTube recording speaks for itself and deny the allegations of said Paragraph 61 to the extent they depart from said language and further deny or deny for want of information all other allegations.

62.     Defendants deny or deny for want of information the allegations contained in Paragraph 62 of Plaintiff's Amended Complaint.

63.     In reply to the allegations contained in Paragraph 63 of Plaintiff's Amended Complaint, these Defendants admit that Mayor Brennan compiled a map locating the persons from whom comments had been received concerning Plaintiff's application but deny or deny for want of information all other allegations contained in Paragraph 63 of Plaintiff's Amended Complaint.

64.     Defendants deny or deny for want of information the allegations contained in Paragraph 64 of Plaintiff's Amended Complaint.

65.     Defendants deny or deny for want of information the allegations contained in Paragraph 65 of Plaintiff's Amended Complaint.

66.     Defendants deny or deny for want of information the allegations contained in Paragraph 66 of Plaintiff's Amended Complaint.

67.     Defendants deny or deny for want of information the allegations contained in Paragraph 67 of Plaintiff's Amended Complaint.

9

68.     Defendants deny or deny for want of information the allegations contained in Paragraph 68 of Plaintiff's Amended Complaint.

69.     Defendants deny or deny for want of information the allegations contained in Paragraph 69 of Plaintiff's Amended Complaint.

70.     Defendants deny or deny for want of information the allegations contained in Paragraph 70 of Plaintiff's Amended Complaint.

71.     In reply to the allegations in Paragraph 71 of Plaintiff's Amended Complaint, the YouTube recording speaks for itself and Defendants deny the allegations of said Paragraph 71 to the extent they depart from said language and further deny or deny for want of information all other allegations or characterizations in said Paragraph 71.

72.     In reply to the allegations in Paragraph 72 of Plaintiff's Amended Complaint, the YouTube recording speaks for itself and Defendants deny the allegations of said Paragraph 72 to the extent they depart from said language and further deny or deny for want of information all other allegations or characterizations in said Paragraph 72.

73.     In reply to the allegations in Paragraph 73 of Plaintiff's Amended Complaint, the YouTube recording speaks for itself and Defendants deny the allegations of said Paragraph 73 to the extent they depart from said language and further deny or deny for want of information all other allegations or characterizations in said Paragraph 73.

74.     Defendants deny or deny for want of information the allegations contained in Paragraph 74 of Plaintiff's Amended Complaint.

75.     In reply to the allegations in Paragraph 75 of Plaintiff's Amended Complaint, these Defendants admit that there was a petition containing 195 signatures opposed to the application but further state that the YouTube recording speaks for itself and these Defendants deny the

allegations of said Paragraph 75 to the extent they depart from said language and further deny or deny for want of information all other allegations or characterizations in said Paragraph 75.

76. Defendants deny or deny for want of information all allegations contained in Paragraph 76 of Plaintiff's Amended Complaint.

77. In reply to the allegations in Paragraph 77 of Plaintiff's Amended Complaint, these Defendants admit that the Planning Commission is composed of 5 members chaired by Mayor Brennan but state that the YouTube recording speaks for itself and Defendants deny the allegations of said Paragraph 77 to the extent they depart from said language and further deny or deny for want of information all other allegations or characterizations in said Paragraph 77.

78. In reply to the allegations in Paragraph 78 of Plaintiff's Complaint, the YouTube recording speaks for itself and Defendants deny the allegations of said Paragraph 78 to the extent they depart from said language and further deny or deny for want of information all other allegations or characterizations in said Paragraph 78.

79. In response to the allegations contained in Paragraph 79 of Plaintiff's Amended Complaint, Defendants state that the email speaks for itself and they deny the allegation of Paragraph 79 to the extent they depart from said language and they further deny or deny for want of information all other allegations contained in Paragraph 79.

80. Defendants deny or deny for want of information the allegations contained in Paragraph 80 of Plaintiff's Amended Complaint.

81. Defendants deny or deny for want of information the allegations contained in Paragraph 81 of Plaintiff's Amended Complaint.

82. Defendants deny or deny for want of information the allegations contained in Paragraph 82 of Plaintiff's Amended Complaint.

83. Defendants deny the allegations contained in Paragraph 83 of Plaintiff's Amended Complaint.

84. In reply to the allegations in Paragraph 84 of Plaintiff's Amended Complaint, the YouTube recording speaks for itself and Defendants deny the allegations of said Paragraph 84 to the extent they depart from said language and further deny or deny for want of information all other allegations or characterizations in said Paragraph 84 .

85. In response to the allegations contained in Paragraph 85 of Plaintiff's Amended Complaint, Defendants state that the email speaks for itself and they deny the allegation of Paragraph 85 to the extent they depart from said language and they further deny or deny for want of information all other allegations contained in Paragraph 85.

86. In reply to the allegations in Paragraph 86 of Plaintiff's Amended Complaint, the YouTube recording speaks for itself and Defendants deny the allegations of said Paragraph 86 to the extent they depart from said language and further deny or deny for want of information all other allegations or characterizations in said Paragraph 86 .

87. In reply to the allegations in Paragraph 87 of Plaintiff's Amended Complaint, the YouTube recording speaks for itself and Defendants deny the allegations of said Paragraph 87 to the extent they depart from said language and further deny or deny for want of information all other allegations or characterizations in said Paragraph 87 .

88. Defendants admit the allegations contained in Paragraph 88 of Plaintiff's Amended Complaint.

89. Defendants deny the allegations contained in Paragraph 89 of Plaintiff's Amended Complaint.

90.     In reply to the allegations in Paragraph 90 of Plaintiff's Amended Complaint, Defendants state that the email speaks for itself and they deny the allegations of Paragraph 90 to the extent they depart from said language and they further deny or deny for want of information all other allegations contained in Paragraph 90.

91.     In reply to the allegations in Paragraph 91 of Plaintiff's Amended Complaint, Defendants state that the email speaks for itself and they deny the allegation of Paragraph 91 to the extent they depart from said language and they further deny for want of information all other allegations contained in Paragraph 91.

92.     Defendants deny or deny for want of information the allegations contained in Paragraph 92 of Plaintiff's Amended Complaint.

93.     Defendants deny or deny for want of information the allegations contained in Paragraph 93 of Plaintiff's Amended Complaint.

94.     Defendants admit the allegations contained in Paragraph 94 of Plaintiff's Amended Complaint.

95.     Defendants deny or deny for want of information the allegations contained in Paragraph 95 of Plaintiff's Amended Complaint.

96.     Defendants deny or deny for want of information the allegations contained in Paragraph 96 of Plaintiff's Amended Complaint.

97.     In response to the allegations contained in Paragraph 97 of Plaintiff's Amended Complaint, Defendants aver that R.C. 121.22 speaks for itself and they deny or deny for want of information all other allegations contained in Paragraph 97.

98.     In reply to the allegations in Paragraph 98 of Plaintiff's Amended Complaint, Defendants state that the email speaks for itself and they deny the allegations of Paragraph 98 to

13

the extent they depart from said language and they further deny for want of information all other allegations contained in Paragraph 98.

99. Defendants deny or deny for want of information the allegations contained in Paragraph 99 of Plaintiff's Amended Complaint.

100. In reply to the allegations in Paragraph 100 of Plaintiff's Amended Complaint, Defendants state that the letter speaks for itself and they deny the allegations of Paragraph 100 to the extent they depart from said language and they further deny or deny for want of information all other allegations contained in Paragraph 100.

101. In reply to the allegations in Paragraph 101 of Plaintiff's Amended Complaint, Defendants state that the letter speaks for itself and they deny the allegations of Paragraph 101 to the extent they depart from said language and they further deny for want of information all other allegations contained in Paragraph 101.

102. In reply to the allegations in Paragraph 102 of Plaintiff's Amended Complaint, Defendants state that the letter speaks for itself and they deny the allegations of Paragraph 102 to the extent they depart from said language and they further deny for want of information all other allegations contained in Paragraph 102.

103. Defendants deny or deny for want of information the allegations contained in Paragraph 103 of Plaintiff's Amended Complaint.

104. Defendants deny or deny for want of information the allegations contained in Paragraph 104 of Plaintiff's Amended Complaint.

105. In reply to the allegations contained in Paragraph 105 of Plaintiff's Amended Complaint, these Defendants aver that the University Heights Codified Ordinances speak for themselves and deny the allegations of said Paragraph 105 to the extent they depart from the

14

UHCO and further deny or deny for want of information all other allegations contained in said Paragraph 105.

106. Defendants admit that Mayor Brennan was both the Chair of the Planning Commission and Mayor of the City, but deny or deny for want of information the remaining allegations contained in Paragraph 106 of Plaintiff's Amended Complaint.

107. Defendants deny or deny for want of information the allegations contained in Paragraph 107 of Plaintiff's Amended Complaint.

108. Defendants deny or deny for want of information the allegations contained in Paragraph 108 of Plaintiff's Amended Complaint.

109. In reply to reply to the allegations contained in Paragraph 109 of Plaintiff's Amended Complaint, these Defendants admit that an email was sent to the Plaintiff but aver the email speaks for itself and deny the allegations of said Paragraph 109 to the extent they depart from the email and further deny or deny for want of information all other allegations contained in said Paragraph 109.

110. Defendants admit that Plaintiff withdrew his application, but deny or deny for want of information the remaining allegations contained in Paragraph 110 of Plaintiff's Amended Complaint.

111. In reply to the allegations in Paragraph 111 of Plaintiff's Amended Complaint, the YouTube recording speaks for itself and Defendants deny the allegations of said Paragraph 111 to the extent they depart from said language and further deny or deny for want of information all other allegations or characterizations in said Paragraph 111.

112. In reply to the allegations in Paragraph 112 of Plaintiff's Amended Complaint, the YouTube recording speaks for itself and Defendants deny the allegations of said Paragraph 112 to

15

the extent they depart from said language and further deny or deny for want of information all other allegations or characterizations in said Paragraph 112.

113.    Defendants deny or deny for want of information the allegations contained in Paragraph 113 of Plaintiff's Amended Complaint.

114.    In reply to the allegations contained in Paragraph 114 of Plaintiff's Amended Complaint, Defendants deny that persons of any faith, including Orthodox Jews, have been prohibited by University Heights from praying in their homes and further deny or deny for want of information all other allegations contained in said Paragraph 114.

115.    In response to the allegations contained in Paragraph 115 of Plaintiff's Amended Complaint, Defendants admit that Mayor Brennan and McConville are attorneys, but deny or deny for want of information the remaining allegations contained in said Paragraph 115.

116.    In response to the allegations contained in Paragraph 116 of Plaintiff's Amended Complaint, Defendants admit that Plaintiff did not need a permit to pray in his house with friends, but deny or deny for want of knowledge the remaining allegations contained in said Paragraph 116.

117.    Defendants deny or deny for want of information the allegations contained in Paragraph 117 of Plaintiff's Amended Complaint.

118.    Defendants deny or deny for want of information the allegations contained in Paragraph 118 of Plaintiff's Amended Complaint.

119.    Defendants admit the allegations contained in Paragraph 119 of Plaintiff's Amended Complaint.

120. Defendants deny or deny for want of information the allegations contained in Paragraph 120 of Plaintiff's Amended Complaint. These Defendants also deny the allegations set forth in the unnumbered subheading that precedes Paragraph 120.

121. Defendants deny or deny for want of information the allegations contained in Paragraph 121 of Plaintiff's Amended Complaint.

122. Defendants deny or deny for want of information the allegations contained in Paragraph 122 of Plaintiff's Amended Complaint.

123. Defendants deny or deny for want of information the allegations contained in Paragraph 123 of Plaintiff's Amended Complaint.

124. Defendants deny or deny for want of information the allegations contained in Paragraph 124 of Plaintiff's Amended Complaint except it is admitted Gesu holds religious gatherings of various sizes and the facility was designed and built to house public assemblies of large groups in compliance with applicable building codes.

125. Defendants deny or deny for want of information the allegations contained in Paragraph 125 of Plaintiff's Amended Complaint.

126. Defendants deny or deny for want of information the allegations contained in Paragraph 126 of Plaintiff's Amended Complaint.

127. In reply to the allegations contained in Paragraph 127 of Plaintiff's Amended Complaint, these Defendants assert that any case law or publications speak for themselves and are denied to the extent they depart therefrom and Defendants further deny or deny for want of information all other allegations contained in said Paragraph 127.

128. Defendants deny or deny for want of information the allegations contained in Paragraph 128 of Plaintiff's Amended Complaint.

129. Defendants deny or deny for want of information the allegations contained in Paragraph 129 of Plaintiff's Amended Complaint.

130. Defendants deny or deny for want of information the allegations contained in Paragraph 130 of Plaintiff's Amended Complaint.

131. Defendants deny or deny for want of information the allegations contained in Paragraph 131 of Plaintiff's Amended Complaint.

132. Defendants deny or deny for want of information the allegations contained in Paragraph 132 of Plaintiff's Amended Complaint.

133. Defendants deny or deny for want of information the allegations contained in Paragraph 133 of Plaintiff's Amended Complaint.

134. Defendants deny or deny for want of information the allegations contained in Paragraph 134 of Plaintiff's Amended Complaint.

135. Defendants deny or deny for want of information the allegations contained in Paragraph 135 of Plaintiff's Amended Complaint.

136. Defendants deny or deny for want of information the allegations contained in Paragraph 136 of Plaintiff's Amended Complaint.

137. Defendants deny or deny for want of information the allegations contained in Paragraph 137 of Plaintiff's Amended Complaint.

138. In response to the allegations contained in Paragraph 138 of Plaintiff's Amended Complaint, these Defendants admit that the letter speaks for itself and they deny the allegations of said Paragraph 138 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 138.

139.    Defendants deny or deny for want of information the allegations contained in Paragraph 139 of Plaintiff's Amended Complaint.

140.    Defendants deny or deny for want of information the allegations contained in Paragraph 140 of Plaintiff's Amended Complaint.

141.    Defendants deny or deny for want of information the allegations contained in Paragraph 141 of Plaintiff's Amended Complaint.

142.    In response to the allegations contained in Paragraph 142 of Plaintiff's Amended Complaint, these Defendants admit that the email speaks for itself and they deny the allegations of said Paragraph 142 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 142.

143.    In response to the allegations contained in Paragraph 143 of Plaintiff's Amended Complaint, these Defendants admit that the email speaks for itself and they deny the allegations of said Paragraph 143 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 143.

144.    In response to the allegations contained in Paragraph 144 of Plaintiff's Amended Complaint, these Defendants admit that the email speaks for itself and they deny the allegations of said Paragraph 144 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 144.

145.    In response to the allegations contained in Paragraph 145 of Plaintiff's Amended Complaint, these Defendants admit that the email speaks for itself and they deny the allegations of said Paragraph 145 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 145.

19

146. Defendants deny or deny for want of information the allegations contained in Paragraph 146 of Plaintiff's Amended Complaint.

147. Defendants deny or deny for want of information the allegations contained in Paragraph 147 of Plaintiff's Amended Complaint.

148. Defendants deny or deny for want of information the allegations contained in Paragraph 148 of Plaintiff's Amended Complaint.

149. Defendants deny or deny for want of information the allegations contained in Paragraph 149 of Plaintiff's Amended Complaint. These Defendants also deny the allegations set forth in the unnumbered subheading that precedes Paragraph 149.

150. Defendants deny or deny for want of information the allegations contained in Paragraph 150 of Plaintiff's Amended Complaint.

151. Defendants deny or deny for want of information the allegations contained in Paragraph 151 of Plaintiff's Amended Complaint.

152. In reply to the allegations contained in Paragraph 152 of Plaintiff's Amended Complaint, these Defendants admit that Mayor Brennan met with Plaintiff at Plaintiff's request but deny or deny for want of information all other allegations contained in said Paragraph 152.

153. Defendants deny or deny for want of information the allegations contained in Paragraph 153 of Plaintiff's Amended Complaint.

154. Defendants deny or deny for want of information the allegations contained in Paragraph 154 of Plaintiff's Amended Complaint.

155. Defendants deny or deny for want of information the allegations contained in Paragraph 155 of Plaintiff's Amended Complaint.

156.     Defendants deny or deny for want of information the allegations contained in Paragraph 156 of Plaintiff's Amended Complaint.

157.     Defendants deny or deny for want of information the allegations contained in Paragraph 157 of Plaintiff's Amended Complaint.

158.     Defendants deny or deny for want of information the allegations contained in Paragraph 158 of Plaintiff's Amended Complaint.

159.     In reply to the allegations contained in Paragraph 159 of Plaintiff's Complaint, these Defendants admit that any alleged email speaks for itself and the allegations are denied to the extent they depart therefrom and Defendants further deny or deny for want of information all other allegations contained in said Paragraph 159.

160.     Defendants deny or deny for want of information the allegations contained in Paragraph 160 of Plaintiff's Amended Complaint.

161.     Defendants deny or deny for want of information the allegations contained in Paragraph 161 of Plaintiff's Amended Complaint.

162.     Defendants deny or deny for want of information the allegations contained in Paragraph 162 of Plaintiff's Amended Complaint.

163.     Defendants deny or deny for want of information the allegations contained in Paragraph 163 of Plaintiff's Amended Complaint.

164.     Defendants deny or deny for want of information the allegations contained in Paragraph 164 of Plaintiff's Amended Complaint.

165.     In reply to the allegations contained in Paragraph 165 of Plaintiff's Complaint, these Defendants admit that Plaintiff has asked the City to have the cameras that are on private

property removed. Further answering, Defendants deny or deny for want of information all other allegations contained in said Paragraph 165.

166. Defendants deny or deny for want of information the allegations contained in Paragraph 166 of Plaintiff's Amended Complaint.

167. Defendants deny or deny for want of information the allegations contained in Paragraph 167 of Plaintiff's Amended Complaint.

168. In reply to the allegations contained in Paragraph 168 of Plaintiff's Amended Complaint, these Defendants admit that some type of fabric barrier appears to have been erected on Plaintiff's property but these Defendants deny or deny for want of information all allegations contained in said Paragraph 168.

169. In reply to the allegations contained in Paragraph 169 of Plaintiff's Amended Complaint, these Defendants admit that the fabric barrier appears to have been erected on Plaintiff's property and that the City questioned whether it met applicable codes but deny or deny for want of information all other allegations contained in said Paragraph 169.

170. Defendants deny or deny for want of information the allegations contained in Paragraph 170 of Plaintiff's Amended Complaint.

171. Defendants deny or deny for want of information the allegations contained in Paragraph 171 of Plaintiff's Amended Complaint.

172. Defendants deny or deny for want of information the allegations contained in Paragraph 172 of Plaintiff's Amended Complaint.

173. Defendants deny or deny for want of information the allegations contained in Paragraph 173 of Plaintiff's Amended Complaint.

174.    Defendants deny or deny for want of information the allegations contained in Paragraph 174 of Plaintiff's Amended Complaint.

175.    Defendants deny or deny for want of information the allegations contained in Paragraph 175 of Plaintiff's Amended Complaint.

176.    Defendants deny or deny for want of information the allegations contained in Paragraph 176 of Plaintiff's Amended Complaint.

177.    Defendants deny or deny for want of information the allegations contained in Paragraph 177 of Plaintiff's Amended Complaint.

178.    Defendants deny or deny for want of information the allegations contained in Paragraph 178 of Plaintiff's Amended Complaint.

179.    Defendants deny or deny for want of information the allegations contained in Paragraph 179 of Plaintiff's Amended Complaint.

180.    Defendants deny or deny for want of information the allegations contained in Paragraph 180 of Plaintiff's Amended Complaint.

181.    Defendants deny or deny for want of information the allegations contained in Paragraph 181 of Plaintiff's Amended Complaint.

182.    Defendants deny or deny for want of information the allegations contained in Paragraph 182 of Plaintiff's Amended Complaint.

183.    Defendants deny or deny for want of information the allegations contained in Paragraph 183 of Plaintiff's Amended Complaint.

184.    In response to the allegations contained in Paragraph 184 of Plaintiff's Amended Complaint, these Defendants admit that Plaintiff made public records requests.  Further answering, the language of the requests speaks for itself.

23

185.    Defendants deny or deny for want of information all allegations contained in Paragraph 185 of Plaintiff's Amended Complaint.

186.    In response to the allegations contained in Paragraph 186 of Plaintiff's Amended Complaint, Defendants admit that the City received requests from other individuals regarding Grand's property, but deny all remaining allegations contained in said Paragraph 186.

187.    In response to the allegations contained in Paragraph 187 of Plaintiff's Amended Complaint, Defendants admit that the City has produced numerous documents in response to Plaintiff's requests, and deny all remaining allegations contained in said Paragraph 187.

188.    Defendants deny or deny for want of information all allegations contained in Paragraph 188 of Plaintiff's Amended Complaint.

189.    Defendants deny or deny for want of information all allegations contained in Paragraph 189 of Plaintiff's Amended Complaint.

190.    Defendants deny or deny for want of information all allegations contained in Paragraph 190 of Plaintiff's Amended Complaint.

191.    Defendants deny or deny for want of information all allegations contained in Paragraph 191 of Plaintiff's Amended Complaint.

192.    Defendants deny or deny for want of information all allegations contained in Paragraph 192 of Plaintiff's Amended Complaint.

193.    Defendants deny or deny for want of information all allegations contained in Paragraph 193 of Plaintiff's Amended Complaint.

194.    Defendants deny or deny for want of information all allegations contained in Paragraph 194 of Plaintiff's Amended Complaint.

195. Defendants deny or deny for want of information all allegations contained in Paragraph 195 of Plaintiff's Amended Complaint.

196. Defendants deny or deny for want of information all allegations contained in Paragraph 196 of Plaintiff's Amended Complaint.

197. Defendants deny for want of knowledge all allegations contained in Paragraph 197 of Plaintiff's Amended Complaint. Defendants also deny the allegations set forth in the unnumbered subheading that precedes Paragraph 197.

198. In reply to the allegations in Paragraph 198 of Plaintiff's Amended Complaint, the YouTube recording speaks for itself and Defendants deny the allegations of said Paragraph 198 to the extent they depart from said language and further deny or deny for want of information all other allegations or characterizations in said Paragraph 198.

199. Defendants deny or deny for want of information all allegations contained in Paragraph 199 of Plaintiff's Amended Complaint.

200. Defendants deny or deny for want of information all allegations contained in Paragraph 200 of Plaintiff's Amended Complaint.

201. Defendants deny or deny for want of information all allegations contained in Paragraph 201 of Plaintiff's Amended Complaint.

202. Defendants deny or deny for want of information all allegations contained in Paragraph 202 of Plaintiff's Amended Complaint.

203. In reply to the allegations contained in Paragraph 203 of Plaintiff's Amended Complaint, these Defendants state that the email speaks for itself and they deny the allegations of said Paragraph 203 to the extent they depart from said language and they further deny or deny for want of information all other allegations contained in said Paragraph 203.

25

204. Defendants deny or deny for want of information all allegations contained in Paragraph 204 of Plaintiff's Amended Complaint.

205. Defendants deny or deny for want of information all allegations contained in Paragraph 205 of Plaintiff's Amended Complaint.

206. Defendants deny or deny for want of information all allegations contained in Paragraph 206 of Plaintiff's Amended Complaint.

207. Defendants deny or deny for want of information all allegations contained in Paragraph 207 of Plaintiff's Amended Complaint.

208. Defendants deny or deny for want of information all allegations contained in Paragraph 208 of Plaintiff's Amended Complaint.

209. Defendants deny or deny for want of information all allegations contained in Paragraph 209 of Plaintiff's Amended Complaint.

210. Defendants deny or deny for want of information all allegations contained in Paragraph 210 of Plaintiff's Amended Complaint.

211. Defendants deny or deny for want of information all allegations contained in Paragraph 211 of Plaintiff's Amended Complaint.

212. Defendants deny or deny for want of information all allegations contained in Paragraph 212 of Plaintiff's Amended Complaint.

213. Defendants deny or deny for want of information all allegations contained in Paragraph 213 of Plaintiff's Amended Complaint.

214. In reply to the allegations contained in Paragraph 214 of Plaintiff's Amended Complaint, these Defendants admit that the email speaks for itself and they deny the allegations

of said Paragraph 214 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 214.

215.    In reply to the allegations contained in Paragraph 215 of Plaintiff's Amended Complaint, these Defendants admit that the email speaks for itself and they deny the allegations of said Paragraph 215 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 215.

216.    Defendants deny or deny for want of information all allegations contained in Paragraph 216 of Plaintiff's Amended Complaint.

217.    Defendants deny or deny for want of information all allegations contained in Paragraph 217 of Plaintiff's Amended Complaint.

218.    Defendants deny or deny for want of information all allegations contained in Paragraph 218 of Plaintiff's Amended Complaint.

219.    In reply to the allegations contained in Paragraph 219 of Plaintiff's Amended Complaint, these Defendants admit that the email speaks for itself and they deny the allegations of said Paragraph 219 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 219.

220.    Defendants deny or deny for want of information all allegations contained in Paragraph 220 of Plaintiff's Amended Complaint.

221.    Defendants deny or deny for want of information all allegations contained in Paragraph 221 of Plaintiff's Amended Complaint.

222.    Defendants deny or deny for want of information all allegations contained in Paragraph 222 of Plaintiff's Amended Complaint.

223.    Defendants deny or deny for want of information all allegations contained in Paragraph 223 of Plaintiff's Amended Complaint.

224.    Defendants deny or deny for want of information all allegations contained in Paragraph 224 of Plaintiff's Amended Complaint.

225.    In response to the allegations contained in Paragraph 225 of Plaintiff's Amended Complaint, these Defendants admit that the email speaks for itself and they deny the allegations of said Paragraph 225 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 225.

226.    Defendants deny or deny for want of information all allegations contained in Paragraph 226 of Plaintiff's Amended Complaint.

227.    In response to the allegations contained in Paragraph 227 of Plaintiff's Amended Complaint, these Defendants admit that the email speaks for itself and they deny the allegations of said Paragraph 227 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 227.

228.    Defendants deny or deny for want of information all allegations contained in Paragraph 228 of Plaintiff's Amended Complaint.

229.    In response to the allegations contained in Paragraph 229 of Plaintiff's Amended Complaint, these Defendants admit that the email speaks for itself and they deny the allegations of said Paragraph 229 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 229.

230.    In response to the allegations contained in Paragraph 230 of Plaintiff's Amended Complaint, these Defendants admit that the email speaks for itself and they deny the allegations

28

of said Paragraph 230 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 230.

231. In response to the allegations contained in Paragraph 231 of Plaintiff's Amended Complaint, these Defendants admit that the email speaks for itself and they deny the allegations of said Paragraph 231 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 231.

232. Defendants deny or deny for want of information all allegations contained in Paragraph 232 of Plaintiff's Amended Complaint.

233. Defendants deny or deny for want of information all allegations contained in Paragraph 233 of Plaintiff's Amended Complaint.

234. In response to the allegations contained in Paragraph 234 of Plaintiff's Amended Complaint, these Defendants admit that the letter speaks for itself and they deny the allegations of said Paragraph 234 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 234.

235. In response to the allegations contained in Paragraph 235 of Plaintiff's Amended Complaint, these Defendants admit that the citation speaks for itself and they deny the allegations of said Paragraph 235 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 235.

236. In response to the allegations contained in Paragraph 236 of Plaintiff's Amended Complaint, these Defendants admit that the citation speaks for itself and they deny the allegations of said Paragraph 236 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 236.

237.    In response to the allegations contained in Paragraph 237 of Plaintiff's Amended Complaint, these Defendants admit that the citation speaks for itself and they deny the allegations of said Paragraph 237 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 237.

238.    In response to the allegations contained in Paragraph 238 of Plaintiff's Amended Complaint, these Defendants admit that the citation speaks for itself and they deny the allegations of said Paragraph 238 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 238.

239.    In response to the allegations contained in Paragraph 239 of Plaintiff's Amended Complaint, these Defendants admit that the citation speaks for itself and they deny the allegations of said Paragraph 239 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 239.

240.    In response to the allegations contained in Paragraph 240 of Plaintiff's Amended Complaint, these Defendants admit that the citation speaks for itself and they deny the allegations of said Paragraph 240 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 240.

241.    In response to the allegations contained in Paragraph 241 of Plaintiff's Amended Complaint, these Defendants admit that the citation speaks for itself and they deny the allegations of said Paragraph 241 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 241.

242.    Defendants deny or deny for want of information all allegations contained in Paragraph 242 of Plaintiff's Amended Complaint.

243.    Defendants deny or deny for want of information all allegations contained in Paragraph 243 of Plaintiff's Amended Complaint.

244.    Defendants deny or deny for want of information all allegations contained in Paragraph 244 of Plaintiff's Amended Complaint.

245.    In response to the allegations contained in Paragraph 245 of Plaintiff's Amended Complaint, these Defendants admit that the ordinance speaks for itself and they deny the allegations of said Paragraph 245 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 245.

246.    Defendants deny or deny for want of information all allegations contained in Paragraph 246 of Plaintiff's Amended Complaint.

247.    In response to the allegations contained in Paragraph 247 of Plaintiff's Amended Complaint, these Defendants admit that the citation speaks for itself and they deny the allegations of said Paragraph 247 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 247.

248.    In response to the allegations contained in Paragraph 248 of Plaintiff's Amended Complaint, these Defendants admit that the citation speaks for itself and they deny the allegations of said Paragraph 248 to the extent they depart from said language and further deny or deny for want of information all other allegations contained in said Paragraph 248.

249.    In reply to the allegations contained in Paragraph 249 of Plaintiff's Amended Complaint, these Defendants state that Plaintiff's alleged attempted to appeal was not timely or effective.  Further answering, these Defendants deny or deny for want of information all other allegations contained in Paragraph 249.

31

250. These Defendants deny or deny for want of information all allegations contained in Paragraph 250 of Plaintiff's Amended Complaint.

251. These Defendants deny or deny for want of information all allegations contained in Paragraph 251 of Plaintiff's Amended Complaint.

252. In reply to the allegations contained in Paragraph 252 of Plaintiff's Amended Complaint, these Defendants state that Plaintiff's appeal speaks for itself and deny the allegations of said Paragraph 252 to the extent they depart from said appeal and further deny or deny for want of information all other allegations contained in said Paragraph 252.

253. In reply to the allegations contained in Paragraph 253 of Plaintiff's Amended Complaint, these Defendants aver that the University Heights Codified Ordinances speak for themselves and deny the allegations of said Paragraph 253 to the extent they depart from the UHCO and further deny or deny for want of information all other allegations contained in said Paragraph 253.

254. These Defendants deny or deny for want of information all allegations contained in Paragraph 254 of Plaintiff's Amended Complaint.

255. These Defendants deny or deny for want of information all allegations contained in Paragraph 255 of Plaintiff's Amended Complaint.

256. These Defendants deny or deny for want of information all allegations contained in Paragraph 256 of Plaintiff's Amended Complaint.

257. These Defendants deny or deny for want of information all allegations contained in Paragraph 257 of Plaintiff's Amended Complaint.

258. These Defendants deny or deny for want of information all allegations contained in Paragraph 258 of Plaintiff's Amended Complaint.

259. In response to the allegations contained in Paragraph 259 of Plaintiff's Amended Complaint, Defendants admit that there was communication between Mayor Brennan and Inspector Brown, but deny or deny for want of information all allegations other contained in Paragraph 259 of Plaintiff's Complaint.

260. These Defendants deny or deny for want of information all allegations contained in Paragraph 260 of Plaintiff's Amended Complaint.

261. In reply to the allegations contained in Paragraph 261 of Plaintiff's Amended Complaint, these Defendants admit that there was a communication between the Law Director and the Plaintiff concerning the validity of Plaintiff's appeal but deny or deny for want of information all allegations other contained in Paragraph 261 of Plaintiff's Amended Complaint.

262. In reply to the allegations contained in Paragraph 262 of Plaintiff's Amended Complaint, these Defendants aver that the letter speaks for itself and deny the allegations of said Paragraph 262 to the extent they depart from the letter and further deny or deny for want of information all other allegations contained in said Paragraph 262.

263. In reply to the allegations contained in Paragraph 263 of Plaintiff's Amended Complaint, these Defendants aver that the letter speaks for itself and deny the allegations of said Paragraph 263 to the extent they depart from the letter and further deny or deny for want of information all other allegations contained in said Paragraph 263.

264. These Defendants deny or deny for want of information all allegations contained in Paragraph 264 of Plaintiff's Amended Complaint.

265. In reply to the allegations contained in Paragraph 265 of Plaintiff's Amended Complaint, these Defendants aver that the letter speaks for itself and deny the allegations of said

33

Paragraph 265 to the extent they depart from the letter and further deny or deny for want of information all other allegations contained in said Paragraph 265.

266.    These Defendants deny or deny for want of information all allegations contained in Paragraph 266 of Plaintiff's Amended Complaint.

267.    These Defendants deny or deny for want of information all allegations contained in Paragraph 267 of Plaintiff's Amended Complaint.

268.    In reply to the allegations contained in Paragraph 268 of Plaintiff's Amended Complaint, these Defendants aver that the e-mail speaks for itself and deny the allegations of said Paragraph 268 to the extent they depart from the e-mail and further deny or deny for want of information all other allegations and characterizations contained in said Paragraph 268.

269.    In reply to the allegations contained in Paragraph 269 of Plaintiff's Amended Complaint, these Defendants aver that the letter speaks for itself and deny the allegations of said Paragraph 269 to the extent they depart from the letter and further deny or deny for want of information all other allegations and characterizations contained in said Paragraph 269.

270.    In reply to the allegations contained in Paragraph 270 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 270 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 270.

271.    In response to the allegations contained in Paragraph 271 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 271 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 271.

34

272.    These Defendants deny or deny for want of information all allegations contained in Paragraph 272 of Plaintiff's Amended Complaint.

273.    These Defendants deny or deny for want of information all allegations contained in Paragraph 273 of Plaintiff's Amended Complaint.

274.    In reply to the allegations contained in Paragraph 274 of Plaintiff's Amended Complaint, these Defendants aver that the notice speaks for itself and deny the allegations of said Paragraph 274 to the extent they depart from the notice and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 274.

275.    These Defendants deny or deny for want of information all allegations contained in Paragraph 275 of Plaintiff's Amended Complaint.

276.    These Defendants deny or deny for want of information all allegations contained in Paragraph 276 of Plaintiff's Amended Complaint.

277.    In response to the allegations contained in Paragraph 277 of Plaintiff's Amended Complaint, Defendants admit that Plaintiff sent an email to the City, but deny the remaining allegations contained in said paragraph 277.

278.    These Defendants deny or deny for want of information all allegations contained in Paragraph 278 of Plaintiff's Amended Complaint.

279.    These Defendants deny or deny for want of information all allegations contained in Paragraph 279 of Plaintiff's Amended Complaint.

280.    These Defendants deny or deny for want of information all allegations contained in Paragraph 280 of Plaintiff's Amended Complaint.

281.    These Defendants deny or deny for want of information all allegations contained in Paragraph 281 of Plaintiff's Amended Complaint.

282. These Defendants deny or deny for want of information all allegations contained in Paragraph 282 of Plaintiff's Amended Complaint.

283. Defendants deny that they afforded Plaintiff any arbitrary, capricious or discriminatory treatment and deny all other allegations contained in Paragraph 283 of Plaintiff's Amended Complaint.

284. These Defendants deny or deny for want of information all allegations contained in Paragraph 284 of Plaintiff's Amended Complaint.

285. These Defendants deny or deny for want of information all allegations contained in Paragraph 285 of Plaintiff's Amended Complaint.

286. These Defendants deny or deny for want of information all allegations contained in Paragraph 286 of Plaintiff's Amended Complaint.

287. These Defendants deny or deny for want of information all allegations contained in Paragraph 287 of Plaintiff's Amended Complaint.

288. These Defendants deny or deny for want of information all allegations contained in Paragraph 288 of Plaintiff's Amended Complaint.

289. These Defendants deny or deny for want of information all allegations contained in Paragraph 289 of Plaintiff's Amended Complaint.

290. These Defendants deny or deny for want of information all allegations contained in Paragraph 290 of Plaintiff's Amended Complaint.

291. These Defendants deny or deny for want of information all allegations contained in Paragraph 291 of Plaintiff's Amended Complaint.

292. These Defendants deny or deny for want of information all allegations contained in Paragraph 292 of Plaintiff's Amended Complaint.

293. These Defendants deny or deny for want of information all allegations contained in Paragraph 293 of Plaintiff's Amended Complaint.

294. In response to the allegations contained in Paragraph 294 of Plaintiff's Amended Complaint, Defendants admit that Plaintiff emailed the deed to the 2343 Miramar property, but deny all remaining allegations contained in said Paragraph 294.

295. These Defendants deny or deny for want of information all allegations contained in Paragraph 295 of Plaintiff's Amended Complaint.

296. These Defendants deny or deny for want of information all allegations contained in Paragraph 296 of Plaintiff's Amended Complaint.

297. These Defendants deny or deny for want of information all allegations contained in Paragraph 297 of Plaintiff's Amended Complaint.

298. These Defendants deny or deny for want of information all allegations contained in Paragraph 298 of Plaintiff's Amended Complaint.

299. These Defendants deny or deny for want of information all allegations contained in Paragraph 299 of Plaintiff's Amended Complaint.

300. Defendants deny that they afforded Plaintiff any arbitrary, capricious or discriminatory treatment and deny all other allegations contained in Paragraph 300 of Plaintiff's Amended Complaint.

301. These Defendants deny or deny for want of information all allegations contained in Paragraph 301 of Plaintiff's Amended Complaint.

302. These Defendants deny or deny for want of information all allegations contained in Paragraph 302 of Plaintiff's Amended Complaint.

303. These Defendants deny or deny for want of information all allegations contained in Paragraph 303 of Plaintiff's Amended Complaint.

304. In response to the allegations contained in Paragraph 304 of Plaintiff's Amended Complaint, Defendants aver that the email speaks for itself and deny the allegations of said Paragraph 304 to the extent they depart from the email and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 304.

305. In response to the allegations contained in Paragraph 305 of Plaintiff's Amended Complaint, Defendants aver that the email speaks for itself and deny the allegations of said Paragraph 305 to the extent they depart from the email and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 305.

306. These Defendants deny or deny for want of information all allegations contained in Paragraph 306 of Plaintiff's Amended Complaint.

307. Defendants deny for want of information the allegations contained in Paragraph 307 of Plaintiff's Amended Complaint. These Defendants also deny the allegations set forth in the unnumbered subheadings that precede Paragraph 307.

308. These Defendants deny or deny for want of information all allegations contained in Paragraph 308 of Plaintiff's Amended Complaint.

309. In reply to the allegations contained in Paragraph 309 of Plaintiff's Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 309 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 309.

310. In reply to the allegations contained in Paragraph 310 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said

38

Paragraph 310 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 310.

311. In reply to the allegations contained in Paragraph 311 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 311 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 311.

312. In reply to the allegations contained in Paragraph 312 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 312 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 312.

313. In reply to the allegations contained in Paragraph 313 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 313 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 313.

314. These Defendants deny or deny for want of information all allegations contained in Paragraph 314 of Plaintiff's Amended Complaint.

315. In reply to the allegations contained in Paragraph 315 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 315 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 315.

316. In reply to the allegations contained in Paragraph 316 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said

Paragraph 316 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 316.

317. In reply to the allegations contained in Paragraph 317 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 317 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 317.

318. These Defendants deny or deny for want of information all allegations contained in Paragraph 318 of Plaintiff's Amended Complaint.

319. In reply to the allegations contained in Paragraph 319 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 319 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 319.

320. In reply to the allegations contained in Paragraph 320 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 320 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 320.

321. In reply to the allegations contained in Paragraph 321 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 321 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 321.

322. In reply to the allegations contained in Paragraph 322 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said

Paragraph 322 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 322.

323. In reply to the allegations contained in Paragraph 323 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 323 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 323.

324. In reply to the allegations contained in Paragraph 324 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 324 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 324.

325. In reply to the allegations contained in Paragraph 325 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 325 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 325.

326. These Defendants deny or deny for want of information all allegations contained in Paragraph 326 of Plaintiff's Amended Complaint.

327. In reply to the allegations contained in Paragraph 327 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 327 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 327.

328. These Defendants deny or deny for want of information all allegations contained in Paragraph 328 of Plaintiff's Amended Complaint.

329. In reply to the allegations contained in Paragraph 329 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 329 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 329.

330. These Defendants deny or deny for want of information all allegations contained in Paragraph 330 of Plaintiff's Amended Complaint.

331. In reply to the allegations contained in Paragraph 331 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 331 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 331.

332. In reply to the allegations contained in Paragraph 332 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 332 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 332.

333. In reply to the allegations contained in Paragraph 333 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 333 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 333.

334. Defendants deny for want of information the allegations contained in Paragraph 334 of Plaintiff's Amended Complaint. These Defendants also deny the allegations set forth in the unnumbered subheading that precedes Paragraph 334.

335. In reply to the allegations contained in Paragraph 335 of Plaintiff's Amended Complaint, these Defendants assert that any case law speaks for itself and are denied to the extent

they depart therefrom and Defendants further deny or deny for want of information all other allegations contained in said Paragraph 335.

336. In reply to the allegations contained in Paragraph 336 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 336 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 336.

337. These Defendants deny or deny for want of information all allegations contained in Paragraph 337 of Plaintiff's Amended Complaint.

338. In reply to the allegations contained in Paragraph 338 of Plaintiff's Amended Complaint, these Defendants assert that any case law speaks for itself and are denied to the extent they depart therefrom and Defendants further deny or deny for want of information all other allegations contained in said Paragraph 338.

339. These Defendants deny or deny for want of information all allegations contained in Paragraph 339 of Plaintiff's Amended Complaint.

340. These Defendants deny or deny for want of information all allegations contained in Paragraph 340 of Plaintiff's Amended Complaint.

341. These Defendants deny or deny for want of information all allegations contained in Paragraph 341 of Plaintiff's Amended Complaint.

342. These Defendants deny or deny for want of information all allegations contained in Paragraph 342 of Plaintiff's Amended Complaint.

343. In reply to the allegations contained in Paragraph 343 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said

43

Paragraph 343 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 343.

344. In reply to the allegations contained in Paragraph 344 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 344 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 344.

345. In reply to the allegations contained in Paragraph 345 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 345 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 345.

346. In reply to the allegations contained in Paragraph 346 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 346 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 346.

347. In reply to the allegations contained in Paragraph 347 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 347 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 347.

348. In reply to the allegations contained in Paragraph 348 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 348 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 348.

349.    In reply to the allegations contained in Paragraph 349 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 349 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 349.

350.    In reply to the allegations contained in Paragraph 350 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 350 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 350.

351.    In reply to the allegations contained in Paragraph 351 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 351 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 351.

352.    In reply to the allegations contained in Paragraph 352 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 352 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 352.

353.    In reply to the allegations contained in Paragraph 353 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 353 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 353.

354.    In reply to the allegations contained in Paragraph 354 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said

Paragraph 354 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 354.

355. In reply to the allegations contained in Paragraph 355 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 355 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 355.

356. In reply to the allegations contained in Paragraph 356 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 356 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 356.

357. In reply to the allegations contained in Paragraph 357 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 357 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 357.

358. In reply to the allegations contained in Paragraph 358 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 358 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 358.

359. These Defendants deny or deny for want of information all allegations contained in Paragraph 359 of Plaintiff's Amended Complaint.

360. In reply to the allegations contained in Paragraph 360 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said

Paragraph 360 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 360.

361.    These Defendants deny or deny for want of information all allegations contained in Paragraph 361 of Plaintiff's Amended Complaint.

362.    In reply to the allegations contained in Paragraph 362 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 362 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 362.

363.    These Defendants deny or deny for want of information all allegations contained in Paragraph 363 of Plaintiff's Amended Complaint.

364.    In reply to the allegations contained in Paragraph 364 of Plaintiff's Amended Complaint, these Defendants aver that the UHCO speaks for itself and deny the allegations of said Paragraph 364 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 364.

365.    These Defendants deny or deny for want of information all allegations contained in Paragraph 365 of Plaintiff's Amended Complaint.

366.    Defendants deny or deny for want of information the allegations contained in Paragraph 366 of Plaintiff's Amended Complaint.  These Defendants also deny the allegations set forth in the unnumbered subheading that precedes Paragraph 366.

367.    Defendants deny or deny for want of information the allegations contained in Paragraph 367 of Plaintiff's Amended Complaint.

368.    Defendants deny or deny for want of information the allegations contained in Paragraph 368 of Plaintiff's Amended Complaint.

369. Defendants deny or deny for want of information the allegations contained in Paragraph 369 of Plaintiff's Amended Complaint.

370. Defendants deny or deny for want of information the allegations contained in Paragraph 370 of Plaintiff's Amended Complaint.

371. Defendants deny or deny for want of information the allegations contained in Paragraph 371 of Plaintiff's Amended Complaint.

372. Defendants deny or deny for want of information the allegations contained in Paragraph 372 of Plaintiff's Amended Complaint.

373. Defendants deny or deny for want of information the allegations contained in Paragraph 373 of Plaintiff's Amended Complaint.

374. Defendants deny or deny for want of information the allegations contained in Paragraph 374 of Plaintiff's Amended Complaint.

375. Defendants deny or deny for want of information the allegations contained in Paragraph 375 of Plaintiff's Amended Complaint.

376. Defendants deny or deny for want of information the allegations contained in Paragraph 376 of Plaintiff's Amended Complaint.

377. Defendants deny or deny for want of information the allegations contained in Paragraph 377 of Plaintiff's Amended Complaint.

378. Defendants deny or deny for want of information the allegations contained in Paragraph 378 of Plaintiff's Amended Complaint.

379. Defendants deny or deny for want of information the allegations contained in Paragraph 379 of Plaintiff's Amended Complaint.

380. Defendants deny or deny for want of information the allegations contained in Paragraph 380 of Plaintiff's Amended Complaint.

381. In reply to the allegations contained in Paragraph 381 of Plaintiff's Amended Complaint, these Defendants admit that some type of fabric barrier appears to have been erected on Plaintiff's property but these Defendants deny or deny for want of information all allegations contained in said Paragraph 381.

382. Defendants deny or deny for want of information the allegations contained in Paragraph 382 of Plaintiff's Amended Complaint.

383. Defendants deny or deny for want of information the allegations contained in Paragraph 383 of Plaintiff's Amended Complaint.

384. Defendants deny or deny for want of information the allegations contained in Paragraph 384 of Plaintiff's Amended Complaint.

385. Defendants deny or deny for want of information the allegations contained in Paragraph 385 of Plaintiff's Amended Complaint.

386. Defendants deny or deny for want of information the allegations contained in Paragraph 386 of Plaintiff's Amended Complaint.

387. Defendants deny or deny for want of information the allegations contained in Paragraph 387 of Plaintiff's Amended Complaint.

388. Defendants deny or deny for want of information the allegations contained in Paragraph 388 of Plaintiff's Amended Complaint.

389. Defendants deny or deny for want of information the allegations contained in Paragraph 389 of Plaintiff's Amended Complaint.

390.    In reply to the allegations contained in Paragraph 390 of Plaintiff's Amended Complaint, these Defendants aver that the U.S. Code speaks for itself and deny the allegations of said Paragraph 390 to the extent they depart from the Code and further deny or deny for want of information all other allegations and characterizations contained in Paragraph 390.

391.    Defendants deny or deny for want of information the allegations contained in Paragraph 391 of Plaintiff's Amended Complaint.

392.    Defendants deny or deny for want of information the allegations contained in Paragraph 392 of Plaintiff's Amended Complaint.

393.    Defendants deny or deny for want of information the allegations contained in Paragraph 393 of Plaintiff's Amended Complaint.

394.    Defendants deny or deny for want of information the allegations contained in Paragraph 394 of Plaintiff's Amended Complaint.

395.    Defendants deny or deny for want of information the allegations contained in Paragraph 395 of Plaintiff's Amended Complaint.

396.    Defendants deny or deny for want of information the allegations contained in Paragraph 396 of Plaintiff's Amended Complaint.

397.    Defendants deny or deny for want of information the allegations contained in Paragraph 397 of Plaintiff's Amended Complaint.

398.    Defendants deny or deny for want of information the allegations contained in Paragraph 398 of Plaintiff's Amended Complaint.

399.    Defendants deny or deny for want of information the allegations contained in Paragraph 399 of Plaintiff's Amended Complaint.  These Defendants also deny the allegations set forth in the unnumbered subheading that precedes Paragraph 399.

400.    Defendants deny or deny for want of information the allegations contained in Paragraph 400 of Plaintiff's Amended Complaint.

401.    In reply to the allegations contained in Paragraph 401 of Plaintiff's Amended Complaint, these Defendants admit that any actions they took were under color of law but deny some or all of the referenced allegations against them and further deny all liability in this action.

402.    Defendants deny or deny for want of information the allegations contained in Paragraph 402 of Plaintiff's Amended Complaint.

403.    Defendants deny or deny for want of information the allegations contained in Paragraph 403 of Plaintiff's Amended Complaint.

404.    Defendants deny or deny for want of information the allegations contained in Paragraph 404 of Plaintiff's Amended Complaint.

405.    Defendants deny or deny for want of information the allegations contained in Paragraph 405 of Plaintiff's Amended Complaint.

406.    Defendants deny or deny for want of information the allegations contained in Paragraph 406 of Plaintiff's Amended Complaint.

407.    Defendants deny or deny for want of information the allegations contained in Paragraph 407 of Plaintiff's Amended Complaint.

408.    Defendants deny or deny for want of information the allegations contained in Paragraph 408 of Plaintiff's Amended Complaint.

409.    Defendants deny or deny for want of information the allegations contained in Paragraph 409 of Plaintiff's Amended Complaint.

410.    Defendants deny or deny for want of information the allegations contained in Paragraph 410 of Plaintiff's Amended Complaint.

411. Defendants deny or deny for want of information the allegations contained in Paragraph 411 of Plaintiff's Amended Complaint.

412. Defendants deny or deny for want of information the allegations contained in Paragraph 412 of Plaintiff's Amended Complaint.

413. Defendants deny or deny for want of information the allegations contained in Paragraph 413 of Plaintiff's Amended Complaint.

414. Defendants deny or deny for want of information the allegations contained in Paragraph 414 of Plaintiff's Amended Complaint.

415. Defendants deny or deny for want of information the allegations contained in Paragraph 415 of Plaintiff's Amended Complaint.

416. Defendants deny or deny for want of information the allegations contained in Paragraph 416 of Plaintiff's Amended Complaint.

417. Defendants deny or deny for want of information the allegations contained in Paragraph 417 of Plaintiff's Amended Complaint.

418. Defendants deny or deny for want of information the allegations contained in Paragraph 418 of Plaintiff's Amended Complaint.

419. Defendants deny or deny for want of information the allegations contained in Paragraph 419 of Plaintiff's Amended Complaint.

420. Defendants deny or deny for want of information the allegations contained in Paragraph 420 of Plaintiff's Amended Complaint.

421. Defendants deny or deny for want of information the allegations contained in Paragraph 421 of Plaintiff's Amended Complaint.

422.     Defendants deny or deny for want of information the allegations contained in Paragraph 422 of Plaintiff's Amended Complaint.

423.     Defendants deny or deny for want of information the allegations contained in Paragraph 423 of Plaintiff's Amended Complaint.

424.     Defendants deny or deny for want of information the allegations contained in Paragraph 424 of Plaintiff's Amended Complaint.

425.     Defendants deny or deny for want of information the allegations contained in Paragraph 425 of Plaintiff's Amended Complaint.

426.     Defendants deny or deny for want of information the allegations contained in Paragraph 426 of Plaintiff's Amended Complaint.

427.     Defendants deny or deny for want of information the allegations contained in Paragraph 427 of Plaintiff's Amended Complaint.

428.     Defendants deny or deny for want of information the allegations contained in Paragraph 428 of Plaintiff's Amended Complaint.

429.     Defendants deny or deny for want of information the allegations contained in Paragraph 429 of Plaintiff's Amended Complaint.

430.     Defendants deny or deny for want of information the allegations contained in Paragraph 430 of Plaintiff's Amended Complaint.

431.     Defendants deny or deny for want of information the allegations contained in Paragraph 431 of Plaintiff's Amended Complaint.

432.     In response to the allegations contained in Paragraph 432 of Plaintiff's Amended Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

433.    These Defendants deny or deny for want of information all allegations contained in Paragraph 433 of Plaintiff's Amended Complaint.

434.    In response to the allegations contained in Paragraph 434 of Plaintiff's Amended Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

435.    These Defendants deny or deny for want of information all allegations contained in Paragraph 435 of Plaintiff's Amended Complaint.

436.    In response to the allegations contained in Paragraph 436 of Plaintiff's Amended Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

437.    These Defendants deny or deny for want of information all allegations contained in Paragraph 437 of Plaintiff's Amended Complaint.

438.    These Defendants deny or deny for want of information all allegations contained in Paragraph 438 of Plaintiff's Amended Complaint.

439.    In response to the allegations contained in Paragraph 439 of Plaintiff's Amended Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

440.    These Defendants deny or deny for want of information all allegations contained in Paragraph 440 of Plaintiff's Amended Complaint.

441.    In response to the allegations contained in Paragraph 441 of Plaintiff's Amended Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

442. These Defendants deny or deny for want of information all allegations contained in Paragraph 442 of Plaintiff's Amended Complaint.

443. In response to the allegations contained in Paragraph 443 of Plaintiff's Amended Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

444. These Defendants deny or deny for want of information all allegations contained in Paragraph 444 of Plaintiff's Amended Complaint.

445. In response to the allegations contained in Paragraph 445 of Plaintiff's Amended Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

446. These Defendants deny or deny for want of information all allegations contained in Paragraph 446 of Plaintiff's Amended Complaint.

447. In response to the allegations contained in Paragraph 447 of Plaintiff's Amended Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

448. These Defendants deny or deny for want of information all allegations contained in Paragraph 448 of Plaintiff's Amended Complaint.

449. In response to the allegations contained in Paragraph 449 of Plaintiff's Amended Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

450. These Defendants deny or deny for want of information all allegations contained in Paragraph 450 of Plaintiff's Amended Complaint.

451.    In response to the allegations contained in Paragraph 451 of Plaintiff's Amended Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

452.    These Defendants deny or deny for want of information all allegations contained in Paragraph 452 of Plaintiff's Amended Complaint.

453.    In response to the allegations contained in Paragraph 453 of Plaintiff's Amended Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

454.    These Defendants deny or deny for want of information all allegations contained in Paragraph 454 of Plaintiff's Amended Complaint.

455.    In response to the allegations contained in Paragraph 455 of Plaintiff's Amended Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

456.    These Defendants deny or deny for want of information all allegations contained in Paragraph 456 of Plaintiff's Amended Complaint.

457.    In response to the allegations contained in Paragraph 457 of Plaintiff's Amended Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

458.    These Defendants deny or deny for want of information all allegations contained in Paragraph 458 of Plaintiff's Amended Complaint.

459.    In response to the allegations contained in Paragraph 459 of Plaintiff's Amended Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

460. These Defendants deny or deny for want of information all allegations contained in Paragraph 460 of Plaintiff's Amended Complaint.

461. In response to the allegations contained in Paragraph 461 of Plaintiff's Amended Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

462. These Defendants deny or deny for want of information all allegations contained in Paragraph 462 of Plaintiff's Amended Complaint.

463. In response to the allegations contained in Paragraph 463 of Plaintiff's Amended Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

464. These Defendants deny or deny for want of information all allegations contained in Paragraph 464 of Plaintiff's Amended Complaint.

465. In response to the allegations contained in Paragraph 465 of Plaintiff's Amended Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

466. These Defendants deny or deny for want of information all allegations contained in Paragraph 466 of Plaintiff's Amended Complaint.

467. In response to the allegations contained in Paragraph 467 of Plaintiff's Amended Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

468. These Defendants deny or deny for want of information all allegations contained in Paragraph 468 of Plaintiff's Amended Complaint.

469.    In response to the allegations contained in Paragraph 469 of Plaintiff's Amended Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

470.    These Defendants deny or deny for want of information all allegations contained in Paragraph 470 of Plaintiff's Amended Complaint.

471.    In response to the allegations contained in Paragraph 471 of Plaintiff's Amended Complaint, these Defendants reaver and reallege all of their previous answers as though fully rewritten herein.

472.    These Defendants deny or deny for want of information all allegations contained in Paragraph 472 of Plaintiff's Amended Complaint. Further answering the unnumbered prayer for relief, Defendants deny any allegations and deny that Plaintiff is entitled to any relief.

## SECOND DEFENSE

473.    Plaintiff's Complaint fails to state a claim upon which relief can be granted in some or all respects.

## THIRD DEFENSE

474.    Qualified good faith immunity.

## FOURTH DEFENSE

475.    These Defendants are entitled to all immunities, defenses, damage limitations, damage set offs and other benefits provided by R.C. 2744 and/or Ohio common law by reason of their status as a political subdivision or employees of a political subdivision.

## FIFTH DEFENSE

476.    The City of University Heights and any University Heights' employee(s) sued in their official capacity are immune from any award of punitive damages in this matter.

## SIXTH DEFENSE

58

477.    If Plaintiff suffered any injuries or damages, which matters are specifically denied, then said injuries or damages were solely and proximately caused by the acts or omissions of Plaintiff or persons or entities for whom these Defendants bear no legal responsibility.

## SEVENTH DEFENSE

478.    Defendants did not owe or breach any duty.

## EIGHTH DEFENSE

479.    All actions undertaken by these Defendants were motivated by legitimate law enforcement purposes.

## NINTH DEFENSE

480.    Absolute immunity.

## TENTH DEFENSE

481.    Privilege.

## ELEVENTH DEFENSE

482.    Probable Cause/Good Faith.

## TWELFTH DEFENSE

483.    Standing.

## THIRTEENTH DEFENSE

484.    Failure to exhaust administrative remedies.

## FOURTEENTH DEFENSE

485.    Prosecutorial immunity.

**WHEREFORE**, having fully answered, Defendants pray that Plaintiff's First Amended Complaint be dismissed, and that they go hence without cost or delay.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

s/Steven K. Kelley
JAMES A. CLIMER  (0001532)
STEVEN K. KELLEY  (0023747)
FRANK H. SCIALDONE  (0075179)
AMY K. HERMAN  (0092204)
100 Franklin's Row
34305 Solon Road
Cleveland, OH  44139
(440) 248-7906
(440) 248-8861 – Fax
Email:   jclimer@mrrlaw.com
             skelley@mrrlaw.com
             fscialdone@mrrlaw.com
             aherman@mrrlaw.com

*Counsel for Defendants City of University Heights,*
*Michael Dylan Brennan, Luke McConville, Paul*
*Siemborski, April Urban, Michael Fine, Stephanie*
*Scalise, and Geoff Englebrecht*

## JURY DEMAND

A trial by jury composed of the maximum number of jurors permitted under the law is

hereby demanded.

s/Steven K. Kelley
JAMES A. CLIMER  (0001532)
STEVEN K. KELLEY  (0023747)
FRANK H. SCIALDONE  (0075179)
AMY K. HERMAN  (0092204)

*Counsel for Defendants City of University Heights,*
*Michael Dylan Brennan, Luke McConville, Paul*
*Siemborski, April Urban, Michael Fine, Stephanie*
*Scalise, and Geoff Englebrecht*

60

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2023, a copy of the foregoing Answer of Defendants to Plaintiff's First Amended Complaint was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*s/Steven K. Kelley*
JAMES A. CLIMER  (0001532)
STEVEN K. KELLEY  (0023747)
FRANK H. SCIALDONE  (0075179)
AMY K. HERMAN  (0092204)

*Counsel for Defendants City of University Heights, Michael Dylan Brennan, Luke McConville, Paul Siemborski, April Urban, Michael Fine, Stephanie Scalise, and Geoff Englebrecht*