# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **DANIEL GRAND,** )<br>    *Plaintiff,* )<br> ) <br> vs. ) <br> ) <br> **UNIVERSITY HEIGHTS, et al** )<br>    *Defendants.* )<br>_____) | Case No. 1:22-CV-01594 |

## ORDER

UPON CONSIDERATION of Plaintiff's Plaintiff's Unopposed Motion For Enlargement of Time Within Which to Respond To Defendant Cooney'S and Defendant Kluznik's Motions to Dismiss Plaintiff's First Amended Complaint dated August 2, 2023, it is hereby ORDERED**:**

The Motion is GRANTED**;**

Plaintiff must file a response to the Motions to Dismiss by September 4, 2023 and Defendant Cooney and Defendant Kluznik have until September 18, 2023 to file briefs in reply.

 SO-ORDERED

ENTERED this ____ day of ____, 2023

_____
Judge Bridget Mehan Brenan
U.S. District Court
Northern District of Ohio