**IT IS SO ORDERED.**

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE
August 4, 2023

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **DANIEL GRAND,** | CASE NO: 1:22-cv-1594 |
| Plaintiff, | JUDGE BRIDGET M. BRENNAN |
| v. | |
| **CITY OF UNIVERSITY HEIGHTS, et al.** | |
| Defendant. | |

## DEFENDANT JACK KLUZNIK'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

On August 2, 2023, Plaintiff Daniel Grand filed an unopposed motion for an enlargement of time until September 4, 2023 to respond to the motions to dismiss filed by Defendants Kluznik and Cooney. Plaintiff also sought a deadline of September 18, 2023 for Defendant Kluznik's reply brief in support of the motion. Pursuant to Loc. R. 7.1(e), Defendant Kluznik was already permitted to file his reply brief 14 days after service of the plaintiff's opposition brief. Defendant Kluznik files this motion to clarify that he is seeking an enlargement of time of seven (7) days, or until **September 25, 2023**, within which to file his reply brief in support of his dispositive motion. Defendant Kluznik seeks this seven (7) day enlargement of time not for the purposes of delay, but because undersigned counsel is scheduled to be on vacation from September 9 through September 16, 2023. Counsel for Plaintiff Grand has been informed of this Motion and does not oppose it.

Respectfully submitted,

/s/ Joseph Monroe II
**JOSEPH MONROE II (0086540)**
**JENNIFER L. GARDNER (0080817)**
GALLAGHER SHARP LLP
1215 Superior Avenue, 7th Floor
Cleveland, Ohio 44114
PH: 216-241-5310 FAX: 216-241-1608
Email: jmonroe@gallaghersharp.com
jlgardner@gallagherhsharp.com
*Attorneys for Defendant Jack Kluznik*

**CERTIFICATE OF SERVICE**

I hereby certify that on **August 3, 2023**, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Joseph Monroe II
**JOSEPH MONROE II (0086540)**
**JENNIFER L. GARDNER (0080817)**
GALLAGHER SHARP LLP
*Attorneys for Defendant Jack Kluznik*