UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| GRAND,<br><br>                            Plaintiff,<br><br>       -v-<br><br>CITY OF UNIVERSITY HEIGHTS, *et. al.*<br>                        Defendants. | NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT KLUZNIK PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)<br><br><br>Case No. 22-cv-01594 |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT KLUZNIK PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff

DANIEL GRAND by his counsel, hereby give notice that the above captioned action is voluntarily

dismissed, without prejudice against the defendant JACK KLUZNIK ("Defendant").

Dated: September 5, 2023

Respectfully Submitted

/s/ Jonathan Gross
Jonathan Gross
2833 Smith Ave, Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com

Quainton Law, PLLC

Eden Quainton
2 Park Ave., 20th Floor
New York, New York 10016
(212) 419-0575
eden.quainton@quaintonlaw.com

*Counsel for Plaintiff Daniel Grand*

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on September 5, 2023, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF System, with consequent service on all parties.

/s/ Jonathan Gross