UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DANIEL GRAND, | ) CASE NO.: 1:22-CV-01594 |
| | ) |
| Plaintiff, | ) JUDGE:  BRIDGET MEEHAN BRENNAN |
| | ) |
| vs. | ) **DEFENDANTS' DISCLOSURE OF** |
| | ) **EXPERT WITNESSES** |
| CITY OF UNIVERSITY HEIGHTS, OHIO, et al., | ) |
| | ) |
| | ) |
| Defendants | ) |

Now come Defendants, City of University Heights, Michael Dylan Brennan, Luke McConville, Paul Siemborski, April Urban, Michael Fine, Stephanie Scalise, and Geoff Englebrecht, by and through counsel, Mazanec, Raskin & Ryder Co., L.P.A., and respectfully disclose the following expert witnesses who may be called to testify at the trial of this matter:

1. Emily L. Braman, MAI, SRA, AI-GRS,
   President
   C. P. Braman & Co., Inc.
   1023 Kenilworth Avenue
   Cleveland, Ohio 44113

   Ms. Braman will testify as to the value of the Grand property and market conditions affecting the sale of the property.

2. Defendants reserve the right to call each of Plaintiff's experts as on cross-examination.

3. Defendants reserve the right to supplement its expert disclosure as discovery proceeds.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*s/Steven K. Kelley*
JAMES A. CLIMER  (0001532)
STEVEN K. KELLEY  (0023747)
100 Franklin's Row
34305 Solon Road

        Cleveland, OH 44139
        (440) 248-7906
        (440) 248-8861 – Fax
        Email:   jclimer@mrrlaw.com
                     skelley@mrrlaw.com

*Counsel for Defendants City of University Heights, Michael Dylan Brennan, Luke McConville, Paul Siemborski, April Urban, Michael Fine, Stephanie Scalise, and Geoff Englebrecht*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2023, a copy of the foregoing ***Defendants' Disclosure of Expert Witnesses*** was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        *s/Steven K. Kelley*
        STEVEN K. KELLEY  (0023747)

        *Counsel for Defendants City of University Heights, Michael Dylan Brennan, Luke McConville, Paul Siemborski, April Urban, Michael Fine, Stephanie Scalise, and Geoff Englebrecht*