UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL GRAND, | ) | CASE NO.: 1:22-CV-01594 |
| | ) | |
| Plaintiff, | ) | JUDGE: BRIDGET MEEHAN BRENNAN |
| | ) | |
| vs. | ) | **NOTICE OF DEPOSITION OF** |
| | ) | **PLAINTIFF DANIEL GRAND** |
| CITY OF UNIVERSITY HEIGHTS, OHIO, et al., | ) ) | |
| | ) | |
| Defendant | ) | |

Please take notice that on **November 2, 2023** at **10:00 a.m.**, Defendant, City of University Heights, Michael Dylan Brennan, Luke McConville, Paul Siemborski, April Urban, Michael Fine, Stephanie Scalise, and Geoff Englebrecht, will take the deposition of **Plaintiff Daniel Grand** in the above-captioned matter, upon oral examination, pursuant to the provisions of the Federal Rules of Civil Procedure, before the court reporting firm of **Tackla Court Reporting**, notaries public, or before some other officer authorized by law to administer oaths.

The above-mentioned deposition will be taken at the offices of **Mazanec, Raskin & Ryder, 34305 Solon Road, Suite 100, Solon, Ohio 44139**, and the oral examination will continue from day-to-day until completed. Counsel for Plaintiff is further advised that in accordance with Civil Rules 30(B)(1) and 37(d), no subpoena is required to be served upon the Plaintiff for attendance at the deposition scheduled herein and that pursuant to the provisions of Civil Rule 5(b), notice to counsel of this deposition constitutes notice to the Plaintiff.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*s/James A. Climer*
JAMES A. CLIMER (0001532)

        STEVEN K. KELLEY (0023747)
        100 Franklin's Row
        34305 Solon Road
        Cleveland, OH  44139
        (440) 248-7906
        (440) 248-8861 – Fax
        Email:   jclimer@mrrlaw.com
                    skelley@mrrlaw.com

        Counsel for Defendant City of University Heights, Michael Dylan Brennan, Luke McConville, Paul Siemborski, April Urban, Michael Fine, Stephanie Scalise, and Geoff Englebrecht

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2023, a copy of the foregoing Notice of Deposition of Plaintiff Daniel Grand was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        *s/James A. Climer*
        JAMES A. CLIMER (0001532)

        Counsel for Defendant City of University Heights, Michael Dylan Brennan, Luke McConville, Paul Siemborski, April Urban, Michael Fine, Stephanie Scalise, and Geoff Englebrecht