UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| GRAND,<br><br>        Plaintiff,<br>-v-<br><br>CITY OF UNIVERSITY HEIGHTS, *et. al.*<br>        Defendants. | NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT FINE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)<br><br>Case No. 22-cv-01594 |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MICHAEL FINE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff DANIEL GRAND by his counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant MICHAEL FINE ("Defendant").

Dated: November 20, 2023

Respectfully Submitted

/s/ Jonathan Gross
Jonathan Gross
2833 Smith Ave, Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com

Quainton Law, PLLC

Eden Quainton
2 Park Ave., 20th Floor
New York, New York 10016
(212) 419-0575
Eden.quainton@quaintonlaw.com

*Counsel for Plaintiff Daniel Grand*

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on November 20, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

/s/ Jonathan Gross