UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| GRAND,<br><br>　　　　　　　　　　Plaintiff,<br>-v-<br><br>CITY OF UNIVERSITY HEIGHTS, *et. al.*<br>　　　　　　　　　　Defendants. | NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SCALISE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)<br><br>Case No. 22-cv-01594 |

## **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT STEPHANIE SCALISE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff DANIEL GRAND by his counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant STEPHANIE SCALISE ("Defendant").

Dated: November 20, 2023　　　　　　　　　　Respectfully Submitted

　　　　　　　　　　　　　　　　　　　　　　/s/ Jonathan Gross
　　　　　　　　　　　　　　　　　　　　　　Jonathan Gross
　　　　　　　　　　　　　　　　　　　　　　2833 Smith Ave, Suite 331
　　　　　　　　　　　　　　　　　　　　　　Baltimore, MD 21209
　　　　　　　　　　　　　　　　　　　　　　(443) 813-0141
　　　　　　　　　　　　　　　　　　　　　　jonathansgross@gmail.com

　　　　　　　　　　　　　　　　　　　　　　Quainton Law, PLLC

　　　　　　　　　　　　　　　　　　　　　　Eden Quainton
　　　　　　　　　　　　　　　　　　　　　　2 Park Ave., 20th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　　　　　　　　　　(212) 419-0575
　　　　　　　　　　　　　　　　　　　　　　Eden.quainton@quaintonlaw.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Daniel Grand*

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on November 20, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

/s/ Jonathan Gross