# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIP

| | |
|---|---|
| GRAND,<br>    *Plaintiff,*<br><br>v.<br><br>UNIVERSITY HEIGHTS,<br>    *Defendant.* | Case No. 1:22-cr-1594 |

## LINE

Plaintiff Daniel Grand hereby withdraws Docket Nos. 55, 56, and 57. These filings were made in error.

Dated: November 21, 2023

/s/ Jonathan Gross
JONATHAN GROSS
QUAINTON LAW, PLLC
2 Park Ave.
20th Floor
New York, NY 10016
(443) 813-0141
jonathansgross@gmail.com
Attorneys for Plaintiff Daniel Grand

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on November 21, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

/s/ Jonathan Gross