UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIP

| | |
|---|---|
| GRAND,<br>    *Plaintiff,*<br><br>v.<br><br>UNIVERSITY HEIGHTS,<br>    *Defendant.* | Case No. 1:22-cr-1594 |

**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41
AND ORDER OF DISMISSAL**

Plaintiff Daniel Grand and Defendant Stephanie Scalise, through their undersigned counsel, hereby jointly stipulate to the dismissal with prejudice of all claims and causes of action against Stephanie Scalise, in accordance with Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear his own costs.

Dated: November 21, 2023

| | |
|---|---|
| /s/ Jonathan Gross | /s/ James Climer |
| JONATHAN GROSS | JAMES A. CLIMER |
| QUAINTON LAW, PLLC | MAZANEC, RASKIN & RYDER CO., L.P.A. |
| 2 Park Ave. | 100 Franklin's Row |
| 20th Floor | 34305 Solon Rd. |
| New York, NY 10016 | Cleveland, OH 44139 |
| (443) 813-0141 | (440) 287-8290 |
| jonathansgross@gmail.com | jclimer@mrrlaw.com |
| Attorneys for Plaintiff Daniel Grand | Attorneys for Defendant Stephanie Scalise |

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on November 20, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

/s/ Jonathan Gross

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties, Daniel Grand and Stephanie Scalise, under Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby ORDERED that all claims and causes of action against Defendant Stephanie Scalise are hereby DISMISSED WITH PREJUDICE with each party to bear his own attorney's fees and costs.

Dated: _____                    _____
                                             Judge Bridget Meehan Brennan