**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIP**

| | | |
|---|---|---|
| GRAND, *Plaintiff,* | ) ) ) ) | |
| v. | ) ) | Case No. 1:22-cr-1594 |
| UNIVERSITY HEIGHTS, *Defendant.* | ) ) ) ) ) | |

## **ORDER**

It is hereby ORDERED Plaintiff's Unopposed Motion for Leave to Amend his First Amnded Complaint is GRANTED.


Dated: _____                            _____
                                                                    Judge Bridget Meehan Brennan