EXHIBIT
B

You are cordially invited to join us this Shabbos for the inauguration of the Shomayah Tefillah Beis Hakeneset located at 2343 Miramar Blvd. (The Daniel J. Grand Residence)

We would also like to take this opportunity to introduce to you our Rabbi - Rabbi Rosskam - a smicha recipient from Rabbi Rueven Feinstein, and Rabbi Heinemann from Star-K

The Davening Times will be:

Friday Erev Shabbos Mincha       5:20 p.m.
Shabbos Shacharis followed by Kiddush    9:45 a.m.
Mincha Followed by Seudah Shlishit      5:00 p.m.

You will see the shul entrance - keep a look out for the Orange Windows -

And Please spread the word to whomever you feel might be interested in coming -

The shul is being put together for two reasons, one has always been to expand the community, so we can spread out and open up more houses on the other side of belvoir, and the other is to have a place where people come to really, seriously daven to Hashem - we want to have a place that doesn't have talking during the davening, a powerful place to have your prays heard and answered Bezrat Hashem -

We are on the fence regarding the nusach, we want to see what the kehilla would prefer, we are debating between Ashkenaz, and Sefard, the services for this week will be Ashkenaz.

Thank you so much, and if you have any questions, or would like to share something, please feel free to reply.

Finally, if you are interested in joining us for some or all of the minyanim, please let us know, it will be super helpful, we're pushing hard to make sure we have a minyan right from the start so please come and also please consider bring someone with you.

Blessings,
Mr. Daniel J. "Danny" Grand
Shomayah Tefillah