# **EXHIBIT 2**

UNIVHTS001027

Grand email invitation

January 19, 2021

**From:**        Michael Brennan <MDB@universityheights.com>
**Sent time:**   01/22/2021 06:39:55 AM
**To:**          Luke McConville
**Subject:**     Fwd: Regarding Prayer session at my house

---

**This message was sent from the City of University Heights.**

Regards,
Mayor Michael Dylan Brennan
sent from my mobile device
---------- Forwarded message ----------
From: "Daniel J. Grand" <danieljoshua@me.com>
Date: Jan 21, 2021 11:17 PM
Subject: Regarding Prayer session at my house
To: "Daniel J. Grand" <daniel@violationremoval.com>
Cc: Michael Brennan <MDB@universityheights.com>

To all my friends that I invited to come pray at my house, our first attempt at our newly thought of  prayer group this inaugural Shabbos, the city of University Heights has directed me to halt any gatherings that could be seen as a "Place of Religious Assembly, or the operation of a Shul, or Synogogue". As a result of this unforeseen matter, we will have to cancel the prayer group at this time.

The city has directed me to refer to City Codified Ordinance Chapter 1274 entitled "Houses of Assembly and Social Service Uses." And, that I may make an application to the City's Planning Commission for a special use permit.

Good Shabbos,

Danny Grand

> On 1/19/2021 11:37:11 PM, Daniel J. Grand <danieljoshua@me.com> wrote:
>
> You are cordially invited to join us this Shabbos for the inauguration of the Shomayah Tefillah Beis Hakeneset located at 2343 Miramar Blvd. (The Daniel J. Grand Residence)
>
> The Davening Times will be:
>
> Friday Erev Shabbos Mincha             5:20 p.m.
> Shabbos Shacharis followed by Kiddush  9:45 a.m.
> Mincha Followed by Seudah Shlishit     5:00 p.m.
>
> You will see the entrance - keep a look out for the Orange Windows -
>
> The prayer session is being put together for two reasons, one has always been to expand the community, so we can spread out and open up more houses on the other side of belvoir, and the other is to have a place where people come to really, seriously daven to Hashem - we want to have a place that doesn't have talking during the davening, a powerful place to have your prays heard and answered Bezrat Hashem -
>
> We are on the fence regarding the nusach, we want to see what the kehilla would prefer, we are debating between Ashkenaz, and Sefard, the services for this week will be Ashkenaz.
>
> Thank you so much, and if you have any questions, or would like to share something, please fell free to reply.
>
> Blessings,
> Mr. Daniel J. "Danny" Grand
> Shomayah Tefillah

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

UNIVHTS001027