# <u>EXHIBIT 3</u>

UNIVHTS001093

Ben Feldman facebook message

January 21, 2021

 

## Chats

Search Messenger

   

 **Ben Feldman**



**Ben Feldman**

 **Great**
gatekeeper of everything: https:/... · 6m

 **Mayor Brennan's Kitchen Cabinet**
Detroit Steel sent a photo. · 14m

 **Diamond Joe's Playhouse**
Generation X sent a photo. · 14m

 **Ben Feldman**
Here is one picture: · 1h

 **Brent Pfister**
I heard he had Secret Service Get ... · 2h

 **Bianca Menendez**
The jerk is so clueless he was bea... · 22h

 **Andrew Mizsak**
It's going to be a busy day with 4 ... · 1d

 **Ned Wasserstein**
Thanks · 1d

 **Law School Crew**
Michael: Did I miss a scheduled cal... · 2d

 **Sarah M. West**
You: Sounds good · 3d

 **Lori Zocolo**
Lori sent an attachment. · 4d

 **Odd Dog Coffee**
You: Excellent thanks · 5d

 **Jerry Keller**
😂😂 I think you appear in this VI... · 5d

 **Judith Uijtewaal**
👍 · 6d

 **Chris Pfister**
https://www.facebook.com/100000... · 6d

 **Stephen Wertheim**
I'll let you know. · 1w

 **Jim Outman**
FYI I told Thompson ball was in his... · 1w

 **Ohio Players League Chat**
Chicago Thunder: I legit enjoy thei... · 1w

 **Diane Sindelar Cox**
😊 · 1w

 **Michelle Ocilka**
Ok thank you 😊 · 1w

 **Paul F. Marnecheck**
You: you're welcome. Happy new ... · 1w

 **Gina Lisette Ventre**
yes the calendar notification must... · 1w

**Kate Anne Brennan**
(also sent to GLV) · 1w

**CARFAXinc**
CARFAXinc: Mr. Auto Sales · 1w

**Rita Kay Drew**
Yes. I know. An unfortunate day to... · 2w

 **Ben Feldman**
You're friends on Facebook
Lives in University Heights, Ohio
Studied at Case Western Reserve University

12:14 PM

12:14 PM

Mayor Brennan, Hello! Hope all is well. I hate to write this because I am a supporter of the Jewish community in town and am a member of one of the official zoned synagogues on Green Rd. I also appreciate all that CH/UH and Beachwood do to help the community. Today I received the attached message on our Groveland Chat about someone opening a synagogue in their house on Miramar. My friend just told me that someone else is doing this on Churchill. Not only do these non zoned makeshift synagogues upset the people who live on the blocks, they also hurt the official synagogues on Green Rd. and Cedar. I also know that they are not practicing any Covid protocols. If there is anything you could do to put a stop to this it would be greatly appreciated. I am sure the official Rabbis and leaders of the Jewish schools in town would support you in this if you asked them. There are already a number of these pop up synagogues in the neighborhood, one on my own block on Groveland. If you have any ideas or need help contacting the official Rabbinic leadership in town please let me know. I am sure Mayor Jason Stein could also be of help. If the Jewish community is still growing that is great, but they should be following the city rules and Covid protocols. Thank you for all of your hard work! Please see attached. There are picture they sent too of elaborate work that was done to build this house synagogue. I can send those too if you need.

You are cordially invited to join us this Shabbos for the inauguration of the Shomayah Tefillah Beis Hakeneset located at 2343 Miramar Blvd. (The Daniel J. Grand Residence)

We would also like to take this opportunity to introduce to you our Rabbi - Rabbi Rosskam - a smicha recipient from Rabbi Rueven Feinstein, and Rabbi Heinemann from Star-K

The Davening Times will be:

Friday Erev Shabbos Mincha         5:20 p.m.
Shabbos Shacharis followed by Kiddush   9:45 a.m.
Mincha Followed by Seudah Shlishit   5:00 p.m.

You will see the shul entrance - keep a look out for the Orange Windows -

And Please spread the word to whomever you feel might be interested in coming -

The shul is being put together for two reasons, one has always been to expand the community, so we can spread out and open up more houses on the other side of belvoir, and the other is to have a place where people come to really, seriously daven to Hashem - we want to have a place that doesn't have talking during the davening, a powerful place to have your prays heard and answered Bezrat Hashem -

We are on the fence regarding the nusach, we want to see what the kehilla would prefer, we are debating between Ashkenaz, and Sefard, the services for this week will be Ashkenaz.

Thank you so much, and if you have any questions, or would like to share something, please fell free to reply.

Finally, if you are interested in joining us for some or all of the minyanim, please let us know, it will be super helpful, we're pushing hard to make sure we have a minyan right from the start so please come and also please consider bring someone with you.

Blessings,
Mr. Daniel J. "Danny" Grand
Shomayah Tefillah



Here is one picture:

 **Ben Feldman**

Customize Chat

Privacy & Support

Shared Photos

UNIVHTS001093