# **EXHIBIT 25**

Brennan public statement

with email re: antisemitism

March 12, 2021

From: **Michael Brennan** <MDB@universityheights.com>
Date: Fri, Mar 12, 2021 at 4:25 PM
Subject: RE: Miramar Shul
To: Shmuel Dimarsky <sdimarsky@gmail.com>

**This message was sent from the City of University Heights.**

With so many emails, letters, and calls regarding the issue of the application for a special use permit at 2343 Miramar Boulevard, I have prepared the following form response:

Often when applicants come before the Planning Commission, they have first conferred with the City administration and sought our input and support. In those situations, we will work with an applicant to help them develop their application to make the best case for their proposal. We work with those applicants to the extent that their proposal fits into the city's zoning and master plan, and the administration's overall goals for improving our City, while also raising concerns where they exist, and trying to work them out.

None of this occurred here with respect to the special use permit application for 2343 Miramar Boulevard presently before the Planning Commission. To be clear, the administration does not endorse or support the application. Instead, this application was made only after the City sent a cease and desist letter to applicant in response to his widely circulated invitation announcing the opening of a shul.

As Mayor, I serve as chair of the Planning Commission and I have sought to conduct the proceedings fairly. I am cognizant that if the Commission rejects the application, it may be appealed. Accordingly, I have sought to create a proper record for review under ORC 2506.01 *et seq*. Without a proper record, an appeal could result in a hearing *de novo*, meaning that the applicant would then get to make their case anew before the court.  I'd rather that any reviewing court confine its review to our transcript and the documents presented to Planning Commission. That a court review the factors as testified to and that we considered with respect to Chapter 1274 of our local ordinances. That a court review only what was presented before us, rather than to allow an applicant a second bite at the apple, and possibly bring up matters to the Court that the City did not hear and thus could not consider. This may result in a court substituting its judgment for our own. Providing time to the applicant to make his case, and to cross examine witnesses, is done with all of this in mind. It does take more time on the onset, and in the long view, this is time spent purposefully.

As to your message and others like it, I understand what you are saying and I appreciate your feedback. And I will add this: Changes in how we plan our neighborhoods should be discussed in public and made as a group, rather than lone people acting unilaterally to build out and change their homes, claiming at the time a residential purpose, and seemingly concealing until later another intended use.

There may be a call for more and different uses as we modernize and update our zoning and allow for additional purposes, especially as we rethink how we live and work in our homes. Relating to this, we have a zoning code update planned that will have public input as an essential element of the process. We seek to preserve the best of what University Heights is, while

positioning the City to make it more of what University Heights could yet be.

As to the applicant before us, we are providing him a fair hearing and due consideration. Simultaneously, we have provided all residents the opportunity to provide input relevant to the elements to be considered in granting a special use permit. We heard from many residents. Not all comments were on point to the application, though many were. That will be considered.

At the last meeting, I voted against the motion to table, because I thought at least some deliberation was in order for that evening, even if it made for a longer evening. The community, which includes the applicant, deserves a thoughtful and prompt decision on this matter. Not wanting to delay till next month, I have called a special meeting of Planning Commission for March 23 at 7:00pm. Information on that is below.

Thank you for your email. I endeavor to be everyone's Mayor. I know there are a lot of strong feelings and deeply considered thoughts on this issue. Please know I seek to apply the law and standards here fairly and to the benefit of the whole community. I believe every commission member will seek to do the same. Everyone who lives here expects and deserves nothing less.

MDB

## SPECIAL PLANNING COMMISSION MEETING
## Held via ZOOM
## 7:00 P.M. MEETING
## TUESDAY, MARCH 23, 2021

### Join Zoom Meeting

https://us02web.zoom.us/j/81104679975?pwd=NkVYaDBUNUpBcFNRMHlXcWtkLzlmdz09

**Meeting ID: 811 0467 9975**

**Passcode: 444705**

Dial by your location

+1 301 715 8592 US (Washington DC)

+1 312 626 6799 US (Chicago)

+1 929 205 6099 US (New York)

+1 253 215 8782 US (Tacoma)

+1 346 248 7799 US (Houston)

+1 669 900 6833 US (San Jose)

**Meeting ID: 811 0467 9975**

**Passcode: 444705**

## AGENDA

1. CALL TO ORDER

2.    ROLL CALL


3.    AGENDA ITEM(S):


A.  **Recommendation to City Council Regarding a Special Use Permit Application by Mr. Daniel Grand to use 2343 Miramar Blvd. as a Planned Operation of Shul/Place of Religious Assembly**


5.    ADJOURNMENT




**Michael Dylan Brennan | Mayor**
City of University Heights

2300 Warrensville Center Road, University Heights, Ohio 44118-3895
(216) 932-7800 x222 | Mobile: (216) 906-0383 | Fax: (216) 932-8531
mdb@universityheights.com


**From:** Shmuel Dimarsky <sdimarsky@gmail.com>
**Sent:** Monday, March 8, 2021 11:02 PM
**To:** Michael Brennan <MDB@universityheights.com>
**Subject:** Miramar Shul


Hello Sir,


Having recently relocated to University Heights, I was under the impression that it is a community that embraces family life and respect for all.


And that is the experience that I had.


Until last week.


Having participated on a zoom call for a hearing on a room in Mr. Daniel J. Grand's property being used  as a Saturday shul, I was quite dismayed. The rhetoric was to be frank- gross. The behavior of the city council members was vile. As a fellow American who pays taxes to this city, I am ashamed at my fellow neighbors.


People have disguised anti Semitism as many types of behaviors, though the undertones are quite deafening. The opposition to a ROOM to be used once a week for a 2 hour prayer service is absolutely nothing to be concerned about, and all the alleged claims are totally baseless.


Lawsuits have been filed against such opposition in Mahwah, NY, in Jackson, NJ and in many other townships throughout our great country. I hope you and your cronies get a grip before the city gets slapped with a lawsuit that will be paid for from our tax dollars.


Be a true American. Be brave. Be honest. Embrace the constitution. Freedom for all, and understand all its implications.


Stop the harassment.

A fellow resident of University Heights,

Shmuel Dimarsky

