# United States District Court for the Northern District of Ohio

Grand

**Plaintiff,**

vs.

City of University Heights, Ohio, et al.

CASE NO. 1:22-cv-1594

**Judge** Bridget Meehan Brennan

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that Plaintiff Daniel Grand,
(here name all parties taking the appeal)
hereby appeal to the United States Court of Appeals for the Sixth Circuit from

the final judgment from an order granting all Defendants summary judgment on all counts
(the final judgment) (from an order (describing it))

entered in this action on the 1st day of October, 2024.

(s) Jonathan Gross

Address: 2833 Smith Ave., Suite 331 Baltimore, MD 21209

Phone #: 443-813-0141

Attorney for Plaintiff Daniel Grand

6CA-3